

**U.S. Department of Justice**

*United States Attorney
Southern District of New York*

*The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York  10007*

September 13, 2017

**BY ELECTRONIC MAIL and ECF**
The Honorable Cathy Seibel
United States District Judge
300 Quarropas Street
White Plains, NY 10601

      RE:    **United States v. Matthew Madonna, et al., 17 Cr. 89 (CS)**

Dear Judge Seibel:

      We write to inform the Court that, this morning, a grand jury in this District returned the enclosed indictment, captioned S3 17 Cr. 89 (the "S3 Indictment").  The S3 Indictment differs from the prior controlling indictment in this case in that it includes an additional count, Count Ten.  Count Ten charges that in or about June 2017, defendant Christopher Londonio attempted to escape from the Metropolitan Detention Center.

      The Government's investigation has revealed that, in order to avoid standing trial on the charges in this case, Londonio and another detainee concocted a plan to escape from the MDC.  In furtherance of the plan, Londonio used dental floss as a cutting tool to tamper with a window in the facility.  He also planned to solicit a priest to smuggle a saw blade into the facility, and secretly stockpiled a large number of sheets and blankets, intending to use them as a rope to aid in his escape.  The plan was foiled after a fellow detainee reported the escape plan to the authorities.

      The discovery associated with Count Ten consists primarily of photographs documenting Londonio's efforts to tamper with the cell window, phone and e-mail records that establish Lononio's efforts to solicit associates in the Bronx to assist in the escape plan, and numerous bedsheets that were found secreted in Londonio's cell.  The Government expects that these materials will be disclosed to counsel shortly.

      Separately, the Government writes to update the Court on the status of overall discovery in this case and to propose an amendment to the pretrial schedule.  As the Court is aware, the Government has already produced hundreds of consensual recordings and the line sheets and intercepts of over ten wiretaps.  As the Government has continued to investigate, it has identified additional historical wiretaps that are relevant to the charged conduct.  In certain cases, the wire intercepts were recorded on cassette tapes and must be digitized before they can be produced.

      Given the volume and nature of the discovery already produced, as well as the discovery that is yet to come, the Government does not anticipate that discovery will be complete prior to

September 20, 2017, the date currently set for the next pretrial conference in this matter. Accordingly, in order to conserve the time and resources of the Court and counsel, the Government proposes that the status conference be adjourned to November 3, 2017, at 3:30 p.m., which we understand to be a date and time that are convenient for the Court. By that time, the Government anticipates that it will have produced substantially all discovery in its possession. We have consulted with all defense counsel and have received no objection to this proposal. Additionally, if the Court is inclined to adjourn the conference, the Government respectfully requests, with the consent of the defendants, that the Court enter the enclosed order excluding time under the Speedy Trial Act until the new conference date.

                          Respectfully submitted,

                          JOON H. KIM
                          Acting United States Attorney

By:   __/s/_____
                          Scott Hartman
                          Hagan Scotten
                          Jacqueline Kelly
                          Assistant United States Attorney
                          (212) 637-2357

cc:    All counsel (by ECF)

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA         :

          -v-                    :    [Proposed] ORDER

MATTHEW MADONNA, et al.,         :    17 Cr. 89 (CS)

               Defendant.        :

- - - - - - - - - - - - - - - - - -X
```

WHEREAS an application has been made by the Government, by and through Assistant United States Attorney Scott Hartman, and with the consent of the defendants, by and through their counsel, for an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from September 20, 2017, until the date of the next pretrial conference in this matter; and

WHEREAS the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial, because the continuance will allow counsel to receive and review discovery and contemplate potential motions; it is hereby

ORDERED that the time from the date of this Order to November 3, 2017, the date and time of the next pretrial conference in this matter, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h).


Dated:   White Plains, New York

          _____, 2017

                                          _____
                                          THE HONORABLE CATHY SEIBEL
                                          UNITED STATES DISTRICT JUDGE
                                          SOUTHERN DISTRICT OF NEW YORK