**FREEMAN, NOOTER & GINSBERG**
**ATTORNEYS AT LAW**

| | |
|---|---|
| LOUIS M. FREEMAN | 75 MAIDEN LANE |
| THOMAS H. NOOTER | SUITE 503 |
| LEE A. GINSBERG | NEW YORK, N.Y. 10038 |
| _____ | _____ |
| | \_\_\_ |
| NADJIA LIMANI | (212) 608-0808 |
| OF COUNSEL | TELECOPIER (212) 962-9696 |
| | E-MAIL: FNGLAW@AOL.COM |
| _____ | WWW.FNGLAW.COM |
| CHARLENE RAMOS | |
| OFFICE MANAGER | |

November 21, 2019

BY ECF
Honorable Cathy Seibel
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Re: United States v. Christopher Londonio
17 CR 89 (CS)

Dear Judge Seibel:

We write to request that the Court authorize the second case budget *nunc pro tunc* to January 2, 2019.

Early last year, we submitted an initial case management and budget spreadsheet to Jerry Tritz for work to be performed in this matter. The budget was approved by Your Honor on February 21, 2018 and by the Circuit on March 21, 2018.

Pursuant to the initial budget, from March 21, 2018 until January 2, 2019, Lee Ginsberg, along with our associate Nadjia Limani, our paralegal Eli Salamon-Abrams and our appointed investigator Gerard Gardner performed services related to the effective representation of Mr. Londonio.

On January 2, 2019, I was appointed to replace Lee Ginsberg in this matter. On June 5, 2019, we submitted a supplemental case management and budget spreadsheet to Jerry Tritz, which was approved by Your Honor on June 24, 2019 and the Circuit Court on July 3, 2019. We now write to request that this supplemental budget be authorized *nunc pro tunc* to January 2, 2019, the date of my appointment.

Respectfully Submitted,

/s/ Louis M. Freeman
Louis M. Freeman