UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
UNITED STATES OF AMERICA,

                                                                ORDER
           v.                                           17 CR 89 (CS)

CHRISTOPHER LONDONIO, ET AL.

                             Defendants.
-----------------------------------------------------X
CATHY SEIBEL,
UNITED STATES DISTRICT JUDGE:

      Upon the motion of the defendant Christopher Londonio, by his attorney Louis M. Freeman, it is hereby ORDERED, that the Supplemental Case Management and Budget Form, approved by the District Court on June 24, 2019 and the Circuit Court on July 3, 2019 be authorized *nunc pro tunc* to January 2, 2019, the date of Mr. Freeman's appointment in this matter.

Dated:  November 21, 2019
        ~~New York, NY~~
        White Plains, New York

                                                                   _____
                                                                   HONORABLE CATHY SEIBEL
                                                                   UNITED STATES DISTRICT JUDGE