```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                   :
UNITED STATES OF AMERICA
                                   :    PRELIMINARY ORDER OF
        - v. -                          FORFEITURE/
                                   :    MONEY JUDGMENT

STEVEN L. CREA,
    a/k/a "Stevie"                 :    S18 17 Cr. 89 (CS)
    a/k/a "Stevie Wonder"
    a/k/a "Herbie",                :

                Defendant.
- - - - - - - - - - - - - - - - - x
```

WHEREAS, on or about July 31, 2019, Steven L. Crea, a/k/a "Stevie", a/k/a "Stevie Wonder", a/k/a "Herbie" (the "defendant"), among others, was charged in six-counts of a ten-count Indictment, S18 17 Cr. 89 (CS) (the "Indictment"), with racketeering conspiracy, in violation of Title 18, United States Code, Section 1962, (Count One); conspiracy to commit and committing murder in order to enforce the rules of the racketeering conspiracy, in violation of Title 18, United States Code, Section 1959 (Counts Two and Three); assault and attempted murder in aid of racketeering activity, in violation of Title 18, United States Code, Section 1959 (a)(5), (a)(6) and 2 (Count Five); use of firearms resulting in death, in violation of Title 18, United States Code, Section 924(j)(1) and 2 (Count Seven); and firearms offense, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i) (Count Nine)(D.E. 760);

WHEREAS, the Indictment included a forfeiture allegation as to Count One, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 1963, of (a) any interest acquired or maintained in violation of Title 18, United States Code 1962, which interests are subject to forfeiture to the United States pursuant to Title 18, United States Code, Section 1963(a)(1), (b) any interest in, security of, claim against, and the RICO Enterprise alleged in the Indictment which the defendant established, operated, controlled, conducted, and participated in the conduct of, in violation of Title 18, United States Code, Section 1962, which interests, the securities, claims, and rights are subject to forfeiture to the United States pursuant to Title 18, United States Code, Section 1963(a)(2), and/or (c) property constituting and derived from proceeds obtained, directly or indirectly, from the aforesaid racketeering activity, in violation of Title 18, United States Code, Section 1962, which property is subject to forfeiture to the United States pursuant to Title 18, United States Code, Section 1963(a)(3);

WHEREAS, on or about November 15, 2019, following a jury trial, the defendant was found guilty of Counts One, Two, Three and Seven of the Indictment;

WHEREAS, the Government asserts that $2,488,000.00 in United States currency represents property constituting, or

derived from proceeds traceable to the commission of the offense charged in Count One of the Indictment that the defendant personally obtained;

WHEREAS, the Government seeks the entry of a money judgment in the amount of $2,488,000.00 in United States currency (the "Money Judgment") representing the amount of proceeds traceable to the offense charged in Count One of the Indictment that the defendant personally obtained; and

WHEREAS, the Court finds, as a result of acts and/or omissions of the defendant, the proceeds traceable to the offenses charged in Count One of the Indictment that the defendant personally obtained cannot be located upon the exercise of due diligence.

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. As a result of the offenses charged in Count One of the Indictment, to which the defendant pled guilty, a money judgment in the amount of $2,488,000.00 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offenses charged in Count One of the Indictment that the defendant personally obtained, shall be entered against the defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of

Forfeiture/Money Judgment is final as to the defendant, Steven L. Crea, a/k/a "Stevie", a/k/a "Stevie Wonder", a/k/a "Herbie", and shall be deemed part of the sentence of the defendant, and shall be included in the judgment of conviction therewith.

      3.    All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the defendant's name and case number.

      4.    The United States Marshals Service is authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

      5.    Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the defendant up to the uncollected amount of the Money Judgment.

      6.    Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or

dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

8. The Clerk of the Court shall forward three certified copies of this Consent Preliminary Order of Forfeiture/Money Judgment to Assistant United States Attorney Alexander J. Wilson, Co-Chief of the Money Laundering and Transnational Criminal Enterprises Unit, United States Attorney's Office, One St. Andrew's Plaza, New York, New York 10007.

SO ORDERED:

_____            _____
HONORABLE CATHY SEIBEL                    DATE
UNITED STATES DISTRICT JUDGE