UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
UNITED STATES OF AMERICA,

- against -

STEVEN CREA,

        Defendant.
------------------------------------------------------X

(17 CR 89 (CS))

NOTICE OF MOTION BY
DEFENDANT STEVEN CREA
TO REDUCE SENTENCE

      PLEASE TAKE NOTICE that Defendant STEVEN CREA will move this Court by his attorney Brendan White before the Honorable Cathy Seibel, United States District Judge, at the United States Courthouse, located at: 300 Quarropas Street, White Plains, New York, 10601, at a date and time to be determined by the Court, for an order reducing his sentence, pursuant 18 U.S.C. § 3582(c)(2), and for any other such relief the Court shall deem appropriate.

Dated:  New York, New York
         June 17, 2025

                                            Respectfully submitted,
                                            __/s/_____
                                            Brendan White
                                            WHITE & WHITE
                                            524 East 20th Street, # 6D
                                            New York, NY 10009
                                            (646) 303-0267
                                            hendonbgb@gmail.com

                                            Anthony DiPietro, Esq.
                                            LAW OFFICES OF ANTHONY DIPIETRO, P.C.
                                            15 Chester Avenue
                                            White Plains, New York 10601
                                            914-948-3242

                                            Attorneys for Defendant
                                            Steven Crea

1