

U.S. Department of Justice

Federal Bureau of Prisons

*Office of the General Counsel*  Washington, DC 20534

MEMORANDUM FOR  T. SCARANTINO, COMPLEX WARDEN
FEDERAL MEDICAL CENTER
BUTNER, NORTH CAROLINA

FROM:  James C. Wills
Assistant Director/General Counsel

*Digitally signed by JAMES WILLS*
*Date: 2024.06.05 12:22:52 -04'00'*

SUBJECT:  CREA, Steven
Federal Register No. 48635-066
Request for Reduction in Sentence

Please be advised that Mr. Crea's request for a reduction in sentence (RIS) pursuant to section 3(a) of Program Statement No. 5050.50, Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C.§§ 3582(c)(1)(A) and 4205(g) ("Terminal Medical Condition"), is denied. We have carefully reviewed the documentation accompanying this request and have consulted with the BOP's Medical Director.

Section 3(a) provides that RIS consideration may be given to an inmate who has been diagnosed with a terminal, incurable disease and whose life expectancy is 18 months or less, or who has a disease or condition with an end-of-life trajectory under 18 U.S.C. § 3582(d)(1).

In addition, section 7 requires consideration of factors such as the nature and circumstances of the inmate's offense; his criminal history, including any supervised release violations; his institutional adjustment, including any disciplinary infractions; and whether release would minimize the severity of the offense or pose a danger to any other person or to the community.

Mr. Crea has been diagnosed with stage IV non-small cell lung cancer. Even with treatment, prognosis is poor with a life expectancy that is likely to be less than 18 months. Accordingly, he meets the criteria for a RIS under section 3(a).

However, given the nature and circumstances of Mr. Crea's offense and his criminal history, his release at this time would minimize the severity of his offense and could pose a danger to the community. Accordingly, his RIS request is denied.

Please provide Mr. Crea a copy of this decision.

cc:   C. Gomez, Regional Director, Mid-Atlantic Region