# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | CREA, STEVEN | | Reg #: | 48635-066 |
| Date of Birth: | 07/18/1947 | Sex:  M   Race: WHITE | Facility: | BUH |
| Note Date: | 02/14/2025 09:30 | Provider:  Smith, Kelsey LCSW | Unit: | C04 |

**Reviewed Health Status:**   Yes
Social Work - Reduction in Sentence encounter performed at Other.
**Administrative Notes:**

ADMINISTRATIVE NOTE    1          Provider:   Smith, Kelsey LCSW

Received a Reduction in Sentence request from inmate's attorney. However, inmate was previously denied by OGC due to his offense and criminal history which, per policy, constitutes a final administrative decision.

Met with the inmate to inform of the above and that he can go directly to his sentencing court to request a Reduction in Sentence/Compassionate Release. He expressed understanding.

**Copay Required:** No          **Cosign Required:**  No
**Telephone/Verbal Order:**   No

Completed by Smith, Kelsey LCSW on 02/27/2025 13:12