5-21-2025

Honorable Judge Seibel,

I want to first thank you for giving my words consideration. I write this letter with somewhat of a different approach than I believe a normal compassionate release family support letter tends to follow. I could fill pages and pages up, expressing to you why I love my father and why my family loves him tremendously. However, I understand you have to make a judgment based on other factors and not based on emotion. I want to take this opportunity to focus on what I feel may be your main concerns based on past bail hearings I have attended on his behalf. I understand you are concerned about the potential "danger to society" component as you contemplate this submission. Recognizing that this may be possibly one of your hesitations to grant such a request, please allow me to offer some potential solutions in hopes of potentially alleviating said reservations. At the moment I compose this letter, unfortunately my dad has only gotten progressively worse in health status. It appears based on his latest test results that the cancer is spreading. One of his latest visits to the hospital I had read in his report they had removed a cancerous tumor from his intestines. The most current lab results have remarked on the cancer metastasizing to various organs. I believe this should lend to altering part of your concern as now we are at a point just to allow my father to come home and be cared for prior to unfortunately passing. My hopes are he will be allowed to cross over in the presence of his family. I tried to put myself in your shoes and was analyzing what restrictions could be implemented to ensure an almost "isolated" environment. Firstly, I would offer up no use of communicative electronics in the household. No computers, laptops, iPod, iPad, phones etc. Any item whereas there is a method to communicate can be removed from the house and no family who come to visit are allowed to enter the home with such. I can guarantee you as the son if you grant this request, I won't allow anyone to break that requirement. If that is broken you may hold me personally liable for such an infraction. Another restriction I would raise is an approved list of those who can be by his side. This would consist of immediate and close family and perhaps childhood friends but only at your Honor's discretion. Perhaps, an ankle monitor as well to further make certain his movements can be monitored and tracked. I would only suggest keeping the hard phone line installed for emergency purposes and that can be monitored to ensure only being use for proper communication. In addition, a systematic "check in" system whereas he is called and or physically monitor on routine to confirm compliance. I have done my best to remove myself from this situation and understand it from your position. I am hopeful I offered up some potential solutions that in turn may satisfy or at least lower the level of concern you currently have. I understand I have stated I would try and keep emotion out of this, but as I write this, the emotions continue to run through me so please

forgive me for breaking initial intent. I will simply deviate from that standard in this last paragraph.

In closing, I respectfully ask you consider what I have suggested and allow my pop to come home to be around his loved ones during the final stage of his life. I could not begin to tell you what that gesture would mean, just to spend the little time we have left together. It would allow me to tell him somethings that I should have perhaps told him sooner as it relates to what he means to me. I would also want him to see my children and how they have grown and the positive impact they are having on society as they age. My oldest son, graduated pace university and is pursing a career as an insurance broker. My two other sons are currently enrolled in Pace, one pursuing Computer Science to focus on internet security and one following a career as a psychologist. My lovely daughter who is entering high school next year and now is at that stage of arguing with her overly protective father. I want to sincerely, thank you for taking the time to read my words Your Honor,

Sincerely and humbly signed

Dominick Crea

Urgent Request for Compassionate Release-

Steven Crea- Terminal Illness

Your Honor:

I am writing to you regarding Steven Crea, who is currently an inmate at FMC Butner. I am his daughter, and I wish to respectfully express my deepest support for his compassionate release on behalf of myself and my family. Most importantly I am pleading on my father's physical and mental behalf. He is terminally ill with lung cancer and has in recent days had emergency surgery to remove a ruptured tumor from his intestines. Unfortunately, his condition appears to be deteriorating faster than anticipated. Despite his treatments the cancer has spread throughout his body. Due to the severity of his illness and his prognosis I am pleading for compassion and hoping you will grant him release to spend what time he has left in his home surrounded by the love and support of his family.

We are all eager to help him with anything he may need. My father is so many things to so many of us. He has always been a huge part of all our lives and his absence has been deeply felt by us all. This time apart has been so hard on our family. He is so far from us that his visits are few and with his health rapidly declining we fear that we will not be able to be with him in the end.

We understand the seriousness of his offense but firmly believe that he poses no threat to the community and would fully comply with any conditions of release. We are confident that he would prioritize receiving any medical treatment and spending quality time with his family during this critical period.

Speaking for myself, my husband, and my four sons, we kindly and respectfully ask you to consider our request for compassionate release and grant him the opportunity to spend his final days with dignity and love at home.

Thank you for your time and consideration.

Respectfully,

*Mary Akalski*

**In Support of the Compassionate Release Application of Steven L. Crea**

Your Honor:

I am writing to respectfully request compassionate release for my father, Steven L. Crea, who is currently incarcerated at FMC Butner. My father was diagnosed with terminal lung cancer almost a year ago while in prison, and he now has only a few months left to live. This letter is a plea for him to spend his remaining days surrounded by the family who love him deeply, as his condition continues to worsen and we have been advised there is no chance of recovery.

My father is a loving father of four children and devoted grandfather to fourteen grandchildren. My own three children, now young adults, share a strong and enduring bond with him, and the four of us are heartbroken at the thought of losing him without a chance to say goodbye or be by his side. Allowing him compassionate release would give us the opportunity to share meaningful moments together and offer him comfort and peace at this critical stage of his illness.

We are prepared to care for him with the love and support he deserves. Upon release, he will reside with our mother, his wife of 57 years, and our entire extended family will be available to help with his care and provide daily support for him as he receives his treatment.

Considering the devasting prognosis and our realization that recovery is not possible, our final hope is for him to be released so that we can ensure his comfort, dignity, emotional and spiritual needs are met in ways that are simply impossible within the confines of a correctional facility.

Beyond the family relationships that we cherish, I wish to share that my father has maintained a respectful and positive attitude during his time in prison. He has made efforts to adapt, reflect, and contribute positively during his incarceration. His diagnosis has only deepened his humility and kindness, and I believe that he deserves the chance to live his remaining time in a supportive environment where his family can be present.

In light of these circumstances, I respectfully urge you to consider his release on compassionate grounds. Granting him this chance to spend the little time he has left with his family would not only honor the values of compassion and justice but would also allow him the dignity all human beings deserve in their final days. I deeply appreciate your consideration.

Respectfully,
Betty Crea, Esq.

**In Support of the Compassionate Release Application of Steven L. Crea**

Your Honor:

My name is Edward Crea. I am the grandson of Steven Crea, and I am writing to request compassionate release for my grandfather. The sad truth of the matter is that given the advanced

stage of his terminal lung cancer, we do not know how much longer my grandfather has left to live, and we want him to be able to be with his family at the end of his life.

I am 22 years old, and I can honestly say that throughout my childhood and into adulthood, my grandfather was always there for me especially through life's most difficult moments, and the thought of not being able to be with him towards the end of his life breaks my heart. It feels needlessly unjust for a dying elderly man to be away from the people who care about him. I hope you consider this request with compassion, not just for my grandfather, but for the many members of his family that love him and have been devastated by his illness and his absence.

Respectfully,
Edward Joseph Crea

I am appealing to you for a compassionate release for my husband Steve Crea. He is terminally ill, I am with him for over 59 years since I am a young girl. I need to take care of him now. It is hard for me to get to see him because I have a heart condition and COPD very bad, I am also a Cancer Survivor and my husband was at my side every day taking care of me, and our four Children as well. I also had open heart Surgery over eight years ago. I need my husband home to take care of him now, the way he took care of me my whole life. I beg for your compassion at this difficult time in my life.

Mrs. Diane Crea

November 4, 2024

To Whom It May Concern:

Re: Steven Crea Compassionate Release


I write this in support of a compassionate release of my uncle, Steven Crea. Steve is my mother's brother. When my mom passed away 41 years ago, the love and support that I received from him was overwhelming. He took me under his wing and has always treated me as if I was his daughter. He is a shoulder to lean on, a mentor, a friend, and an amazing role model. There has been a void in my life that cannot be filled. It's so hard to not be able to pick up a phone and call him or to stop by and see him. It is especially hard that at a time like this, when he is in poor health, to not be able to help him as he would help me. I am sad every day thinking of him being alone and not in the presence of his family, whom he loves so much. I am a better person because of the love and guidance he has given me. It's hard to put into words what he means to me, my husband, and my children, but in short, "he means the world to us." Please, he needs to be home with his family.

Sincerely,
Frances Antonucci

**In Support of the Compassionate Release Application of Steven L. Crea**

Your Honor:

My name is Vivian Crea, and I am one of Steven Crea's three granddaughters. Since I was a little girl, I can remember my grandfather being a comforting, calm presence in good times and bad. He was the first to celebrate any of his grandchildren's achievements and the first to offer us a shoulder to cry on when we were sad. As we grew, we never felt worried or afraid, because we knew that if any of us had a problem, we would not be alone.

My father left when I was sixteen years old, and my grandfather made sure that my life did not change. His love ensured that even though I was hurt by my father's abandonment, my self-worth remained assured. The love of my grandfather drowned out the absence of my father.

His love and support have remained consistent despite his separation from us. I have, between the pandemic and my move to another state, been unable to see my grandfather since 2019. Despite countless attempts, I have heartbreakingly been unable to see him. And yet, he has been able to share the joys and difficulties of life through the short phone calls we have shared. Even though he was far from me, and had his own worries, he cared deeply about each of his grandchildren. I haven't been able to see him, but I have felt his love every single day.

The fact of the matter is that my grandfather is seventy-seven years old with stage four lung cancer. This same type of cancer killed two of his sisters and his father. I am devastated to say, his cancer will likely kill him too. I kindly but strongly urge you to grant him compassionate release. Each family member has prayed unceasingly for his health, but he will not get better from the cancer, and only the Lord knows how much longer he has to live. Should he be granted compassionate release, he will live the rest of his days, which are very numbered, in his own home surrounded by his wife, his children, and his grandchildren.

If I may speak earnestly and plainly with you, my heart breaks at the injustice that he very well could die alone without a single person who loves him by his side. I would greatly appreciate the opportunity to care for my dying grandfather. I would greatly appreciate being able to hold his hand and keep him company in his dying days. I would greatly appreciate you granting him release so we can ensure he has his Last Rites and his sacraments.

He is the cornerstone of our family, and I hope you do grant him compassionate release, so he can live the last of his days in comfort, in his home, surrounded by those who love him. I implore you to grant him release, as he is ultimately a dying elderly man whose family misses him.

Respectfully,
Vivian Crea

In Support of the Compassionate Release Application of Steven L. Crea

Your Honor,

My name is Atticus Crea. I am the grandson of Steven L. Crea. I write today in support for the compassionate release for him. As many of my family have mentioned, he has been diagnosed with terminal stage four lung cancer. My grandfather has always been the foundation that supported the Crea family, and unfortunately, his life seems to be coming to an unfortunate end. I write to you, your Honor, that you may let him spend his remaining days with the people who he loves as well for us to have the closure to know that we were with him during his last weeks with us.

My father was not present for the majority of my life, and my grandfather took on the role of teaching me to be the man I am today. He taught me how to shave, how to properly lift weights, how to correctly treat women and elders, and was an overall wonderful and supportive man in my life, a male figure I needed. While he was away the last seven years, he still had a positive and resounding impact on my life, giving me any support I needed. I want to do the same for him now that his life is coming to an end, and my siblings, Edward and Vivian, vouch and support that statement.

The holidays are coming up in a few weeks. My only hope for this upcoming holiday season is to spend it with him. This will likely be his last chance to spend the holidays with us, and my family and I plead to you to discharge Steven so he can be surrounded with the ones he loves, and we can be next to the man we all love and know. Thank you for taking the time to read over my support letter as well as many others.

Respectfully,
Atticus Crea

November 13, 2024

Dear Sirs,

My name is Michael Carozza. I am soon to be 52 years old and currently hold the position of Administrative Sergeant, employed for the Westchester County Department of Correction, located in Westchester County, New York. I am writing this letter on behalf of Mr Steven Crea, for consideration of granting him a compassionate release. Growing up in Yonkers, NY, I had only heard of Mr Crea because of the Italian restaurants I worked in, where Mr Crea infrequently attended. Years later, there were some mutual acquaintances made. I started my employment at the Westchester County Department of Correction in 2008. After the birth of my twin daughters and promotion to the rank of Sergeant in 2017, I finally met Mr Crea, when he was incarcerated at the facility with which I am employed. We reminisced about our past mutual acquaintances and good old days in Yonkers. I told him about my family and the desire to move out of Yonkers. Mr Crea often saw me become frustrated with the on goings of my job, whether it be frustration with fellow staff, forced overtime or just the normal stress of working as a correction officer. Mr Crea constantly reminded me of my duties as a husband and father and the necessary obligation to take care of my family. Mr Crea constantly gave me positive advice and told me how lucky I was that I had a recession free government job and didn't end up like he had. Mr Crea always made me reflect to think of my beautiful wife and daughters and to not forget about what's most important in my life. The majority of incarcerated individuals in my facility speak of misery and wish to include others in their shortcomings. Mr Crea never did that to me, a sworn staff member. Mr Crea only provided sound fatherly advice to me and would constantly remind me of my family when he observed me frustrated. I thank Mr Crea for that and is something I will never forget. I hope you can find it in your heart to grant a compassionate release to a dying man, so his family can spend the few last parts of his life with them. I, in no way, feel Mr Crea is a menace to society, as he has been falsely labeled. I thank you for granting me the opportunity to write this letter on behalf of Mr Crea.

Respectfully,

Michael Carozza

# DONALD BERNSTEIN D.D.S.
# RICHARD LANGIULLI D.M.D.

*Cosmetic, Restorative and Implant Dentistry*

To Whom It May Concern,

I am writing on behalf of Mr. Steve Crea, whom I have had the privilege of knowing for over a decade-initially as his dentist and, over time, as his friend. Throughout our relationship, Steve has always been a caring, respectful, and sincere individual who treated both my staff and me with such warmth that everyone who met him quickly grew fond of him.

Steve's love for his family and friends has always been evident. Every day he came into my office (and there were many), he would share stories of how much he cherished those closest to him. As the years went by and I had the opportunity to meet some of his family and friends, it became clear that the feeling was mutual.

In light of the illnesses Steve is currently enduring, I believe it would be both kind and compassionate both for him and for all the many people who love and miss him—to allow him to return home. In his final days, being surrounded by his loved ones would provide him with peace and comfort, and it would give his family and friends the opportunity to say goodbye and offer their support during this incredibly difficult time.

We have all experienced the heartache of losing someone we love, and there is no better way to show compassion than to allow Steve to spend his last days in the embrace of his loved ones. I sincerely hope that you will consider this request with the care and empathy it deserves.

Thank you for your time and understanding.

Sincerely,

Richard Langiulli, DMD
(914) 472-1010

*688 White Plains Road    Scarsdale, New York  10583    Telephone 914-472-1010    Facsimile 914-472-2733*

**PHILIP J. D'ARRIGO, D.D.S., M.A.G.D.**

1475 ASTOR AVENUE • BRONX, NEW YORK 10469 • (212) 653-2411

11/11/24

To Whom it may Concern;

   I have Known Steve Crea Since 1980. He first came to me as a dental patient. Since Then his family and mine became friends. My wife and I attended many family functions with his family.

   I Know Steve to be a good and Kind family man who loves his wife and children. I urge you to grant Steve compassionate release from prison, so That he may spend his remaining days at home with his loved ones.

           Sincerly,

         P. D'Arrigo

November 5, 2024

To Whom it may concern,

My name is Marge. I am writing to you because I have been friends with Steven Crea for about 50 years. He has always been a good and wonderful friend to me and my family

I have only known him to be a courteous, generous and caring person to everyone especially his family

He is a devoted husband to Diane, his wife of 57 years. Diane is not a well person herself, she has a heart condition please take this into consideration.

At this time with Steve having stage 4 lung cancer and having a mass removed from his stomach please consider a compassionate release so he can spend whatever time he has left with his wife and his children.

Thank you.

Marge Russo

15 Glenbar Drive
Sedona, AZ  83651-7633

November 19, 2024

To Whom It May Concern:

Subject: In Support of Compassionate Release for Steve Crea

I am writing in support of the request for compassionate release of
inmate Steve Crea. Mr. Crea is my uncle; my mother's brother. At the
present time, he has been incarcerated for more than seven years.

I, along with other members of our family, ask that you consider
granting Early Release on Compassionate Grounds. He is 77 years old,
and has been diagnosed with Stage 4b (metastatic) lung cancer. Stage
4b lung cancer, in which cancer has spread to one or multiple places
in one or more distant organs, is generally considered incurable.
According to the American Cancer Society, those with stage 4 lung
cancer (NSCLC) have a five-year relative survival rate of 3% to 9%.[1]

Given that his cancer is incurable, the proper treatments should be
focused on slowing the progression of the disease, minimizing
symptoms, and maintaining an optimal quality of life. We believe that
this could better be accomplished outside of the federal prison
system.

Furthermore, given his age, the serious deterioration of his health,
and the advanced stage of the (terminal) disease, we believe that the
risk of re-offending is non-existent.

Therefore, we propose that this case meets the criteria for
Compassionate Release under the Federal Bureau of Prisons guidelines
and respectfully request that you consider granting a Compassionate
Release for inmate Steve Crea.

Sincerely,

Robert S. Sposili

Reference
[1] American Cancer Society. Lung cancer survival rates
(https://www.cancer.org/cancer/types/lung-cancer/detection-
diagnosis-staging/survival-rates.html).

November 6, 2024

Mr. Robert R. Sposili

374 Corbett Dr.

The Villages, Fl 32162

In support of Steve Crea compassionate release

I have known Mr. Steven Crea from June 1963. In June of 1966, I married his sister Stephanie. In all the years I have known Stevie, I have seen him to always be respectful to everyone.

Even when we played playground football, basketball, or softball never has Stevie ever shown any disrespect to our opponents at any time. Sometimes, the games got very physical, but never has Stevie ever acted disrespectful to anyone.

To his family, which includes five sisters, he has always been very caring to all family members and relatives. At family functions which also many times, included family friends Stevie has always been caring and supportive to everyone.

Never an unkind word or bad behavior to anyone.

Yours Truly

Mr. Robert R. Sposili

November 18, 2024

In support for Steve Crea's Compassionate Release:

To Whom It May Concern,

My name is Dominick Sposili and Steve Crea is my uncle. My uncle was always there for me. He is like second father to me and my brothers to this day.

When I graduated high school (1988) I was accepted to Iona College. My family at the time was living in Pauling, New York. Uncle Steve immediately offered me to live with him and his family which was a God sent. It saved me hours and expense of a long commute. A few years later my parents divorced and we moved to Yonkers, NY.

Every Saturday or Sunday Uncle Steve would come by to see how my mom, myself and my two brothers were doing. He would always ask if everything was okay or if we needed anything. To this day when he speaks to my mom he asks how Robert, Dom and Steven are doing and he addresses each of us by name.

I pray he can go home and be with his family.


Dominick V. Sposili

November 5, 2024

Rose Tantillo - 316 Boulder Street - Ronkonkoma, NY 11779

Federal Prison

Butner – North Carolina

Dear Sirs:

I am writing to plead for the compassionate release of a dear friend, Steven Crea. He is now suffering from terminal cancer and needs care – which his family could provide at home.

I have known Steve for many years. He has always been a true family man. He is so sweet and loving to his children, grandchildren and especially to his wife – Diane. Diane has been through so many physical struggles; her only wish is to care for her husband Steve.

It would be a truly virtuous act, and appreciated beyond belief if he would spend his time with his loving family.

I realize that you have a different perception of Steve, but I know him as a generous and loving gentleman. I know it may be asking a lot, but please consider his family's need to spend some time with him.

Respectfully submitted,

Rose Tantillo
516 635 6281