THE LAW OFFICES OF

# ANTHONY DIPIETRO, P.C.

**15 CHESTER AVENUE**                                    **(914) 948 3242**
**WHITE PLAINS, NY 10601**                          **(914) 948 5372 FAX**
                                                                            DIPIETROLAW@YAHOO.COM

August 8, 2023

**By EMAIL**
(David.Abramowicz@usdoj.gov; Haggan.Scotten@usdoj.gov
Celia.Cohen@usdoj.gov; Alexandra.Rothman@usdoj.gov)
United States Attorney's Office
Southern District of New York
The Silvio J. Mollo Building
One St. Andrew's Plaza
New York, NY 10007

Re:     *United States v. Matthew Madonna, et al.,* 17 Cr. 89 (CS)
        *United States v. Londonio et al.*, 20-2479(L) (2d Cir.)

Dear Counsel:

We write regarding the Government's letter of May 26, 2023. To respond to the Government's inquiry, and after further review of the complete discovery file, Crea's defense again confirms that it did not receive the handwritten notes recently tendered by the Government on May 4, 2023. Of course, the Government's May 4, 2023 post-trial disclosure of the same notes—more than three years after trial and which were, by its admission, flagged by its paralegal as materials not marked as part of the trial witnesses' prior disclosures—already abundantly confirmed that same fact.

In any event, please provide the following information regarding this discovery matter:

1. Identify the date (or proximate timeframe (*i.e.,* during trial, after trial, etc.)) that each trial assistant first learned of the existence of the handwritten notes tendered on May 4, 2023, including the date that each assistant first learned of the handwritten note relating to the interview of Robert Spinelli dated October 17, 2019;

2. Identify which trial assistants *directly* participated in preparing (1) Spinelli's October 17, 2019 trial examination, (2) the Government's October 20, 2019 motion seeking reconsideration of the district court's pretrial ruling denying admission of Evangelista's testimony concerning Steven L. Crea, (3) the Government's January 30, 2019 Opp'sn to Crea's Motion for a New Trial (Sections I and IV), and (4) the Government's May 4, 2023 letter to defense counsel regarding the production of the undisclosed handwritten notes;

3. Identify whether the Government advised trial witness John Carillo of Spinelli's October 17, 2019 proffer (and, if so, please provide the date of such occurrence and a copy of any related correspondence);

4. Identify whether any of the undisclosed handwritten notes tendered to the defense on May 3, 3023 were produced to the district court during or after trial—and/or discussed with the district court in any capacity during the same timeframe (and, if so, please provide the date of such production/occurrence, a copy of the marked document, and any related correspondence);

5. Identify whether, between May 22, 2023 and present, the Government attempted to contact any defense counsel in this matter by telephone (or in person) to discuss this discovery issue (and, if so, please provide the name of the assistant that initiated such contact, the dates of and parties to such communications, and the substance of those communications).[1]

Sincerely,

*/s/Anthony DiPietro*
Anthony DiPietro, Esq.

Brendan White, Esq.
524 East 20th Street, #6D
New York, New York 10009

*Counsel for Defendant*
*Steven L. Crea*

---

[1] As noted in the Government's May 26, 2023 letter, a complete record of all communications relating to this matter is important for litigation purposes. *See* Gov't Letter at 2 ("Finally, you have requested to discuss this matter further either in person or by telephone. Although we appreciate your willingness to engage on this matter, it is our preference to communicate by letter in order to maintain a complete record of all communications.").