

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

September 22, 2023

**BY ELECTRONIC MAIL**

Anthony DiPietro, Esq.
The Law Offices of Anthony DiPietro, P.C.
15 Chester Avenue
White Plains, NY 10601

Re:     *United States v. Matthew Madonna, et al.*, S18 17 Cr. 89 (CS)

Dear Mr. DiPietro:

We write in response to your letter dated August 8, 2023.

As you are aware, on May 4, 2023, we provided you with copies of an Assistant United States Attorney's notes from five witness meetings.  As we explained in our May 4, 2023 letter accompanying these notes, the notes were duplicative, in all material respects, of prior disclosures made by the Government and testimony included in the trial record.  We included in our May 4, 2023 letter a non-exhaustive list of citations to prior witness notes and trial testimony that overlapped with the substance of these notes.  We further informed you by letter dated May 26, 2023, that, although a paralegal had located the notes in late-November 2022, while boxing up trial materials for off-site storage, the prosecutors in this case did not review the notes for substance until May 2, 2023, and then, as noted above, produced the notes to you two days later.

From our review of your August 8, 2023 letter, and in light of your prior correspondence in this matter, it appears that you are focused on one set of notes from an October 17, 2019 meeting with Robert Spinelli.  As you know, these notes consist of four sentence fragments.  Like the other notes produced on May 4, 2023, they are duplicative, in all material respects, of prior disclosures made by the Government and testimony included in the trial record.

     We have reviewed the inquiries within your August 8, 2023 letter.  With respect to question three, we do not believe that Special Agent John Carillo was "advised" of the October 17, 2019 Spinelli meeting in any way, and also note that October 17, 2019 was several days after Special Agent Carillo completed his trial testimony.  With respect to question four, we do not have any record indicating whether the notes in question were produced to the District Court.  With respect to the remaining questions, it is not apparent to us either the legal basis for your requests, or how the answers to your questions would be material to any motion you may file in the District Court.  If you are able to provide us with legal authority for these requests, or otherwise explain their materiality, we will be happy to look into them so that we can narrow any possible issues.

Very truly yours,

DAMIAN WILLIAMS
United States Attorney

By: /s/_____
    Alexandra N. Rothman
    Hagan Scotten
    Celia V. Cohen
    Assistant United States Attorneys
    (212) 637-2580

cc: Counsel for Defendants Madonna, Londonio, and Caldwell