UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
STEVEN CREA,                               :
                                           :
                    Petitioner,            :
                                           :    26 CV. _____
          - against -                      :    (17 CR 89 (CS))
                                           :
UNITED STATES OF AMERICA,                  :
                                           :
                    Defendants.            :
-------------------------------------------X

### AFFIRMATION OF BRENDAN WHITE, ESQ., IN SUPPORT OF MOTION PURSUANT TO 28 U.S.C. § 2255

BRENDAN WHITE, an attorney duly admitted to practice in this Court, hereby affirms the following under penalty of perjury:

1. I represent Petitioner STEVEN CREA in the above-captioned action, and previously represented Mr. Crea in his appeal to the United States Court of Appeals for the Second Circuit with respect to his underlying criminal conviction in United States v. Crea, 17-CR-89 (CS).

2. For the reasons discussed in the annexed Petition and the exhibits hereto, the accompanying Memorandum of Law, and the previous papers and proceedings had in, which are incorporated in this Affirmation by reference, the Court should grant defendant Crea's motion for an order vacating his conviction, pursuant to 28 U.S.C. § 2255.

3. The exhibits to this Affirmation are as follows:

    A.  10/17/19 Spinelli notes

1

B.    11/18/23 Sean Richard Letter

C.    5/26/23 Government letter

D.    8/8/23 DiPietro letter

E.    9/22/23 Government letter

F.    Spinelli 3500 material

G.    Affirmation of Anthony DiPietro

H.    Affirmation of Robert Franklin

I.    Government email re: Richard letter

4. I have communicated with Petitioner at length with respect to this Petition, and by telephone call of March 5, 2026, he authorized me to file this Petition on his behalf.

Dated:    New York, New York
          March 9, 2026

                    __/s/_____
                    Brendan White

2