RJ                                                                10/17/19

Prep

- Vic & Gaspipe on lam in '91 when Pete gets shot
- Vic ordered murder of Pete Chiodo
  · discrepancy in admin family @ time
  · Gaspipe still on lam in 1992