

B2

NEW YORK NY 100

18 NOV 2023 PM 14 L

FREEDOM

Steven Grea #48635-066
USP Canaan
U.S. Penitentiary
P.O. Box 300
Waymart, PA 18472

NOV 21 2023

18472-080000

Steven Crea - # 48635-066

November 18, 2023

Stevie—

I'm probably the last person you'd think would write you. Especially since everything that's happened. That being said— the first thing I owe you is an apology.

I am sorry for what's happened.

But I'm not sorry for getting away from people like Joey. When they showed me how his son-in-law and he would take the Feldman money and stole $1.4 million from me, I couldn't believe it. I gave that guy money every week, and every time he'd get in trouble. After that I wanted out!

However in the process I unfortunately started drinking and using and fucked up my life. In an ideal world my father-in-law would have been home. Because if that was the case none of this would have happened. Maybe I should have gone to you at the time but I wasn't sure how you would perceive me if I went to you to tell you about Joey. Regardless the proof of what I'm saying should be with the Manhattan D.A.'s case discovery.

Fast forward to 2019: I didn't want to testify against you. I hadn't seen you in 20 years, I couldn't even understand why they wanted me to. But then later on, little by little, I started to figure it out. I have a lot of information, proof of Prosecutorial Misconduct. Especially on that cocksucker Ted Otto. I contacted your lawyer Anthony and some other lawyer called me back. To be Frank I was shocked they didn't jump on it. I saw your appeal and said a prayer that you catch a break. But honestly— the information I have is life-changing. Maybe they don't understand that.

Why am I doing this? I'll start with the following. When they contacted me and said they wanted me to testify against you. I told them no! That prick Scotten told me he would force me to under subpoena. They also promised me a new identity. Unfortunately I needed help because, amongst other things, I was trying to get my wife a green card. Which they said they would help me with.

Then they didn't. They beat me! Those upstanding Americans. No identity. My wife had to leave the country. That disease Otto fucked me over. Wouldn't answer the phone after I testified, acted like I didn't exist. Left me to rot while they got awards and promotions. But that is the least of it. I have so much shit they've done they should switch places with you.

I see that your lawyers put me in that appeal. Which I did not take kindly to. If they did that because they think they can make me testify later and get the information that way they couldn't be more wrong. But you are sitting there waiting, so what do you have to lose? The Feds didn't send me to you. I don't deal with them. They have the worst crew! More treacherous than any street guys. I already told that Scotten to go fuck himself. They let Joey out because of dementia? That scumbag has had dementia since kindergarten.

Once again I apologize for everything. I'm sorry you're spending what should be the best time of your life in there. To be honest I'm a little nervous about getting involved. The Feds are spiteful. Vindictive. But I can help you get out. If you want that help your lawyer knows how to reach me.

Happy holidays Stevie. Keep your chin up.
--Sean