RS                                                    10/17/19

Prep

- Vic & Gaspipe on lam in '91 when Pete gets shot
- Vic ordered murder of Pete Chiodo
· discrep in admin family @ time
· Gaspipe still on lam in 1992