

OFFICIAL RECORD
Document participants have digitally signed.
All signatures have been verified by a
certified FBI information system.

FD-302 (Rev. 5-8-10)

**UNCLASSIFIED//FOUO**

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry    09/07/2018

Robert Spinelli **[PROTECT IDENTITY]**, date of birth (DOB) ███████, was interviewed numerous times over the span of two-plus years, from on or about March 24, 2015 through on or about December 7, 2017. These interviews were initially conducted pursuant to a Proffer Agreement, and then later pursuant to a Cooperation Agreement with the United States Attorney's Office, Southern District of New York (SDNY). The following individuals were present at some or all of the interviews: Spinelli's attorney(s) Suzanne Brody and Jason Ser; Assistant United States Attorneys Scott Hartman, Benjamin Allee, Hagen Scotten, and Jennifer Burns; SDNY Investigators John Carillo and James Motto; FBI Special Agents Theodore Otto, Cindy A. Peil, Vincent O'Hara, Karen Altieri and Beth A. LaManna; FBI Intelligence Analyst Jacklyn Spaeth; NYPD Sergeant Bryan McNulty; and NYPD Detectives Jeffrey Quod and William Dionne. After being advised of the identities of the interviewing law enforcement personnel and the nature of the interview(s), Spinelli provided the following information:

### Background/Criminal History - Highlights

Spinelli was born in ███████████ on ███████████. He was one of eight (8) siblings and grew up in an intact family. His father was employed as a longshoreman and his mother worked as an underwriter for an insurance company. He completed the 10th grade at Franklin Delano Roosevelt High School in Brooklyn, New York, and eventually went on to earn his GED. He also completed 16 college credits during the course of his incarceration.

At approximately 16 years old, Spinelli began to sell marijuana for the Prestigiacomo brothers in and around Brooklyn. Initially, Spinelli sold bulk amounts of marijuana on his own, and after six (6) or so months, he had a few neighborhood kids working for him. According to Spinelli, the Prestigiacomo brothers supplied the weed, and Spinelli would "kick-up" a portion of his profits. It was around this time that Spinelli began carrying a .38 caliber snub nose revolver and/or a .22 caliber Raven

**UNCLASSIFIED//FOUO**

Investigation on  03/24/2015  at  New York, New York, United States (In Person, Phone)

File #  245A-NY-2725030, 245A-NY-2725030-GroupII

Date drafted  05/03/2018

by  Beth A. LaManna

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//FOUO

245A-NY-2725030

(U//FOUO) Interview of Robert Spinelli
(Protect Identity) from 03/24/2015
Continuation of FD-302 of  through on or about 12/07/2017                    , On  03/24/2015  , Page  2 of 26

pistol.  He engaged in dozens of assaults of customers who failed to pay for the weed, and while he did not cause any permanent injuries, Spinelli did recall breaking someone's arm. This marijuana business lasted a couple of years, with Spinelli selling approximately 200 pounds, the profits of which he used for spending money.

At approximately 18-20 years of age, Spinelli got a job working for Local 731 of Laborers' International.  It was through his brother, Michael Spinelli, that he was able to procure this position. Spinelli performed mostly jackhammer work.  He understood that Local 731 was controlled by cosa nostra.

Circa 1989-1992

Spinelli advised that in or around 1989, his brother Michael approached him to help transport marijuana from San Diego to New York.  During this time frame, Spinelli was residing in Staten Island, and was associating with Richie Pagliarulo, Bobby Molino (ph), Freddy Pugliese, Robert Last Name Unknown (LNU), and his brother, Michael.  Spinelli would travel to San Diego to box and wrap the marijuana, and then arrange to have approximately 25 boxes of hydroponic marijuana shipped via DHL or UPS to various addresses in New York.  The packages would be delivered to pre-arranged addresses, where they would be signed for, and then Spinelli and others would retrieve the packages to sell.

At some point, transport of the marijuana changed from shipping via mail, to Spinelli and others flying cross-country and transporting the marijuana back to New York. Typically, five (5) individuals would function as couriers, each carrying approximately 200 pounds of weed per trip, concealed in suitcases back to New York. Spinelli recalled that very early on, the travel from San Diego to New York was conducted utilizing Greyhound buses, and later via train.  This manner of transport occurred on or about a monthly basis for approximately two (2) years, with Spinelli estimating that he earned approximately $8,000 per trip. Once the product arrived in New York, Michael Spinelli and his partner, Pugliese, would take possession of the weed for distribution.  According to Spinelli, he and the other couriers were also involved in selling the marijuana in New York.  Spinelli sold approximately 15-20 pounds of marijuana to his own customers.

Spinelli stated that the marijuana was purchased from Mexicans in California. Initially the product purchased was "dirt" [poor

UNCLASSIFIED//FOUO

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//FOUO

245A-NY-2725030

(U//FOUO) Interview of Robert Spinelli
(Protect Identity) from 03/24/2015
through on or about 12/07/2017

Continuation of FD-302 of _____ , On  03/24/2015 , Page  3 of 26

quality], but later the marijuana purchased was said to be more exotic. Spinelli did not carry a gun while transporting the marijuana via train; however, he stated that he would typically carry either a 9mm or .45 caliber handgun during this time frame. In or around 1990, Spinelli also indicated that he began trafficking approximately eight (8) kilos of cocaine each month utilizing the same method of transport. It was also during this same time frame, that Spinelli assisted his brother in collecting money on behalf of Pagliarulo. Monies owed to Pagliarulo typically stemmed from drug debts, gambling and loansharking. Spinelli admitted to utilizing physical beatings and/or pistol whipping on occasion to encourage repayment of monies owed. To Spinelli's knowledge, however, he did not believe he caused any permanent injuries.

Spinelli also recalled that in and around this time (1991), Pugliese was the victim of a home invasion. Spinelli knew that the home invasion took place when Pugliese, his wife and children were all at home. According to Spinelli a couple of guys from Brooklyn broke into Pugliese's house impersonating police officers and looking for money. The robbers tied up Pugliese and his wife. At some later point in time, Spinelli learned that Gaspar Marchante, Fat Sal LNU, and another kid from Carnarsie, Brooklyn were responsible for this home invasion. In retaliation, Pugliese, Michael Spinelli, Sal Romano, and John Fogarty's brother-in-law, Robert Luchese, located, tortured, and killed one of the robbers. They then concealed the body in a toolbox with holes, and dropped it into the bay. Additionally, Spinelli heard that the home of one of the other robbers was fire-bombed. Spinelli did not participate in these acts.

Spinelli recalled however, that during this time, both he and his brother Michael drove around Brooklyn together looking for Marchante. Spinelli stated that had they found Marchante, they would have killed him. Furthermore, according to Spinelli, efforts, albeit unsuccessful, were made to locate Fat Sal LNU. Pugliese even put up a $50,000 reward to find him. Spinelli understood that Fat Sal LNU had actually left the country for a period of time, but eventually returned. Spinelli indicated that he carried a gun almost every day during this period of trying to find Marchante and Fat Sal LNU.

Spiro Last Name Unknown (LNU), was of Greek ethnicity and an associate of the Luchese family cosa nostra. Spiro ran gambling parlors/halls and had been robbed by some Albanians. Spinelli recalled that Anthony "Gas Pipe" Casso went to Pagliarulo for retaliation. In response, Pagliarulo, Spinelli, his brother Michael, and Jody Calabrese all went out

UNCLASSIFIED//FOUO

FD-302a (Rev. 05-08-10)

**UNCLASSIFIED//FOUO**

245A-NY-2725030

(U//FOUO) Interview of Robert Spinelli
(Protect Identity) from 03/24/2015
Continuation of FD-302 of through on or about 12/07/2017 _____, On  03/24/2015 , Page  4 of 26

looking for these Albanian robbers.  Some of these Albanian robbers were subsequently located in Queens, thrown into cars, and brought to Spiro's club where they were beaten with fists, bats, and pool sticks.  According to Spinelli, these Albanians were then left conscious on the sidewalk somewhere on Queens Boulevard.  [NFI regarding the identities of the Albanians]

Spinelli considered himself an associate of the Luchese family, and at this time, was part of his brother's crew under Pagliarulo.  Spinelli knew Pagliarulo to hang out at Cafe Sicilia in Brooklyn.

### Illinois Arrests Circa 1990's

In or around July 1991, Spinelli was arrested by the Chicago Police Department and charged with possession of cannabis, and was subsequently sentenced in August 1992 to five (5) years incarceration.

In July 1994, he was arrested by the U.S. Marshal's Service for conspiracy to possess with intent to distribute cocaine and marijuana, and after pleading guilty, Spinelli was sentenced to 71 months and 3 years supervised release.  The 1992 and 1994 sentences were to be served concurrently.

In December 1995, while serving out the aforementioned sentences, Spinelli was again charged with conspiracy to possess with intent to distribute a controlled substance(s).  He was sentenced to 71 months incarceration.

### Shooting of Patricia Capozallo (1992)

[Circa 1991/1992] Luchese boss Vic Amuso and Luchese underboss Anthony "Gaspipe" Casso were both indicted on the "Windows" case and were concerned that Luchese captain and co-defendant Peter Chiodo, a/k/a Fat Pete, was cooperating with law enforcement and would testify against them at trial.  Spinelli understood that on Amuso and Gaspipe's order, Chiodo was shot multiple times at a gas station in the vicinity of Bay Street on Staten Island in an effort to prevent him from cooperating and/or testifying.  While at the time, Spinelli did not know who had shot Chiodo, he was aware that this was going to happen.  Spinelli later learned that George Zappola, Al D'Arco's son, and George Conte were all involved in the shooting.  Chiodo survived and ultimately began cooperating with the F.B.

**UNCLASSIFIED//FOUO**

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//FOUO

245A-NY-2725030

Continuation of FD-302 of   (U//FOUO) Interview of Robert Spinelli (Protect Identity) from 03/24/2015 through on or about 12/07/2017   , On  03/24/2015  , Page  5 of 26

I.  Spinelli further understood that despite intentions to want to try to kill Chiodo while he was hospitalized and recovering from the aforementioned shooting, it was determined that security was too tight and no further attempts were made.

Spinelli knew that Gaspipe and Amuso went "on-the-lam" as they were not only under indictment on the "Windows" case, but were also now wanted for the shooting of Chiodo.  In an attempt to deter Chiodo's cooperation /testimony, Spinelli understood from conversations with the [Luchese] Family, that Gaspipe and Amuso had put out an order to kill Chiodo's family.  Spinelli further understood that the order to kill Chiodo's sister, Patricia Capozallo, was passed down from Gaspipe to Luchese captain Richie Pagliarulo.  Pagliarulo then directed Michael Spinelli to set up and orchestrate the hit.  Michael recruited the following individuals to be involved in the murder conspiracy of Capozallo:  Jody Calabrese; Spinelli; Sal Romano; Dino Basciano; and Greg Capolla, a/k/a Whitey (deceased).

According to Spinelli, the above referenced persons were all involved in doing homework prior to the actual attempt on Capozallo's life.  This was done utilizing two (2) cars over approximately a two-week period, with increased effort made to determine her daily patterns three (3) to four (4) days prior to the actual incident. Spinelli recalled there being a sense of urgency to get this done as Amuso was set to go to trial in March of 1992.  The "original" plan was to wait at Capozallo's house for her to return home after dropping off her children.  Spinelli and Calabrese were to choke off the streets at the end of her block, while Basciano was to be the shooter.

On the day of the attempted murder, Romano failed to show.  Michael Spinelli was in the car with Basciano who was the designated shooter.  Calabrese served as the choke car, and Spinelli was instructed to position his vehicle approximately one block away to function as the "switch car."  Spinelli knew that the shooting took place in the vicinity of King's Highway and 72nd Street, and that Capozallo was shot by Basciano as she was getting out of her car.  However, as Spinelli was set up down the block from the site of the shooting, he did not observe nor hear the sound of gun shot(s). Following the shooting, Michael Spinelli and Basciano ditched their van and jumped into the switch car driven by Spinelli.

UNCLASSIFIED//FOUO

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//FOUO

245A-NY-2725030

(U//FOUO) Interview of Robert Spinelli
(Protect Identity) from 03/24/2015
Continuation of FD-302 of through on or about 12/07/2017 _____ , On  03/24/2015 , Page  6 of 26

Spinelli drove Michael and Basciano to a location in Bay Ridge, where both of their guns were thrown into a sewer.  According to Spinelli, Michael had a gun on him, but did not use it during the attempt on Capozallo's life.  Basciano was the sole shooter. Spinelli recalled that Basciano's gun had a silencer which cracked after two rounds were fired.  Spinelli understood that due to the silencer cracking, Basciano was unable to get off any additional rounds.  Spinelli then drove to his sister's house in Brooklyn, where he left Michael and Basciano before proceeding home.

According to Spinelli, Basciano was subsequently arrested for purchasing the guns and the silencer utilized in the attempted murder of Capozallo.  Basciano ultimately cooperated, implicating Spinelli in both the conspiracy to murder and attempted murder of Capozallo.

In 1997, Spinelli was indicted and charged with Title 18, USC 1959 along with his brother Michael, and Calabrese.  Spinelli was also charged with Title 18, USC 1512.  Calabrese pled guilty and was sentenced to 120 months in prison.  However, Spinelli and his brother went to trial.  Spinelli understood that the Luchese family did not want them to take a plea, as it might further implicate others in their cosa nostra family.  In or around 1999, Spinelli was found guilty and sentenced before the Honorable Judge Dearie, Eastern District of New York, to 120 months.  He served this sentence consecutively with another 87 month sentence stemming from charges in a 1994 Illinois state case involving marijuana trafficking.  Spinelli ended up serving approximately 17 years, and was released from Big Sandy prison in Kentucky in 2007.  While incarcerated at Big Sandy, Spinelli was noted to be cell-mates with Amuso.

Michael Spinelli was also convicted and found guilty at trial.  Michael was sentenced to approximately 19 years on the Capozallo case, and was also sentenced to 22 years incarceration on a separate RICO case - sentences to be served consecutively.  Spinelli was aware that while incarcerated, his brother was subsequently inducted into the Luchese family.  At present, Michael Spinelli is still serving Federal time.

Spinelli was aware that Chiodo's uncle, Frankie, was at some point found dead in a Brooklyn garbage container, wrapped up in a carpet.  Spinelli advised that he was not a participant in, nor present to witness any other shootings.

UNCLASSIFIED//FOUO

FD-302a (Rev. 05-08-10)

**UNCLASSIFIED//FOUO**

245A-NY-2725030

(U//FOUO) Interview of Robert Spinelli
(Protect Identity) from 03/24/2015

Continuation of FD-302 of  through on or about 12/07/2017 _____ , On  03/24/2015 , Page  7 of 26

### Vic Amuso and Marty Geduldig

While incarcerated at Big Sandy, Spinelli understood from conversations with Amuso that Marty Geduldig, Esq., was passing messages between Amuso, Matty Maddona, and possibly others. Spinelli was aware that Geduldig did not represent Amuso, but that Geduldig was close with both Amuso and Madonna.  While Spinelli was not present during Geduldig's visits with Amuso, Spinelli knew from conversations with Amuso that Geduldig would pass messages to Madonna, who was at liberty, regarding cosa nostra business and other matters that Amuso wanted handled on the street.  Amuso would return to the cell after visits with Geduldig, and share with Spinelli information that Geduldig conveyed concerning Family [Luchese] matters.  Additionally, Spinelli observed Amuso writing letters and then placing them in envelopes which he labeled as Legal mail for Geduldig.  Spinelli understood that this was a method that Amuso used to avoid his prison mail from being inspected by Bureau of Prison staff.

### Amuso, Madonna and Louie Daidone

Spinelli was aware that Madonna served a state prison term on narcotics charges.  He also understood that at Amuso's direction, Madonna was to be "straightened out" [inducted into the Luchese family] upon his (Madonna's) release from state prison.  Spinelli knew that Madonna was put under Louie Daidone, who had been elevated to the position of acting boss while Amuso was serving his life sentence.

During the time that Spinelli and Amuso were incarcerated together at Big Sandy, Spinelli knew from Amuso that Madonna would send Amuso letters, through Geduldig, complaining about Daidone.  Madonna complained that Daidone was keeping him down, as Spinelli understood from Amuso that Madonna aspired to be promoted to the position of captain.  Spinelli was also aware from conversations with Amuso that Daidone was not sending Amuso's wife the correct amount of money as was expected.  Madonna however, had a shylock business and would send money to Amuso's wife, as well as taking care of Amuso by sending him money in prison.

Spinelli recalled being informed by Amuso that when Daidone was incarcerated [circa July 2004], Madonna was put in the position of acting boss.

### Bureau of Prison Facilities

**UNCLASSIFIED//FOUO**

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//FOUO

245A-NY-2725030

(U//FOUO) Interview of Robert Spinelli
(Protect Identity) from 03/24/2015
Continuation of FD-302 of through on or about 12/07/2017 _____ , On 03/24/2015 , Page 8 of 26

_____

   Spinelli recalled an incident which took place while he was serving
time in Otisville.  Spinelli observed inmates Michael Sessa [known to the
F.B.I. as a Colombo family soldier] and Tommy Dono [known to the F.B.I. as
a Gambino associate] assault and beat inmate Vinny Rizzuto with a broom
handle.  Spinelli, who was close with Rizzuto as a result of their having
served time together in MDC Brooklyn, intervened by trying to stab Sessa
and Dono with a shank.  According to Spinelli, the fight was broken-up
before anyone was stabbed.  As a result of his actions, Spinelli spent six
(6) months in "the box," but was never charged.  Spinelli indicated that
he had never threatened anyone with a shank, either before or after this
event.

   While incarcerated at FCI Raybrook, Spinelli and Joe Chilli did sports
tickets together.  The profit was shared between the two of them, and
Spinelli stated that he never paid tribute from these proceeds to anyone
in cosa nostra.

   Spinelli was released from Big Sandy in or around August 2007.


                           2007 to Present

                  Attempted Extortion of Salvatore Avellino

   Spinelli advised that prior to his release in and around 2007 from  Big
Sandy to a half-way house, he had shared a cell with Luchese boss Vic
Amuso.  Spinelli understood from conversations with Amuso that Amuso was
not happy with Sal Avellino.  Avellino had been an acting captain when he
took a "bad" plea in which he both denounced cosa nostra, as well as
stated that he withdrew from the "life."  Upon Spinelli's release from
prison, he was directed by Amuso to carry the letter Amuso had written,
along with a copy of Avellino's plea, and give them both to acting boss
Matthew Madonna.

   Amuso also instructed that after meeting with Madonna, Spinelli should
locate Avellino and collect four (4) million dollars from him as a
"penalty" or "fine" for having taken a "bad" plea.  Spinelli was further
directed to give the $4,000,000 to Madonna who would divide it up as
follows:  Madonna was to send $1,000,000 to Amuso's wife, Barbara; Madonna
was to keep $1,000,000 for himself; and Spinelli was to be given
$2,000,000 as his share.  Spinelli understood that his share was in part,

UNCLASSIFIED//FOUO

FD-302a (Rev. 05-08-10)

245A-NY-2725030

(U//FOUO) Interview of Robert Spinelli
(Protect Identity) from 03/24/2015
through on or about 12/07/2017

Continuation of FD-302 of _____ , On  03/24/2015 , Page  9 of 26

due to his having served 17 years incarceration, a sentence which included a murder conspiracy committed on behalf of the Luchese family, as well as for carrying the letter to Madonna, and then collecting the monies from Avellino.  Spinelli stated that despite being told by Amuso not to read Amuso's letter to Madonna, Spinelli read the letter but never kept a copy of it.  Additionally, Spinelli advised that he was aware that the letter also indicated Amuso's desire that Madonna "straighten-out" Spinelli [induct him into the Luchese family cosa nostra].

Approximately one (1) week after being released to the half-way house where he was to serve six (6) months, Spinelli met with Madonna at Peter Luger's restaurant on Long Island.  It was during this meeting that Spinelli delivered both the letter and the plea to Madonna as  directed by Amuso.  Madonna instructed Spinelli to hold off doing anything as Madonna wanted to consider the situation.  Approximately one (1) week later, Spinelli again met with Madonna at the same Peter Luger's, where Spinelli was told that Madonna would handle the Avellino situation himself.  As for Spinelli, Madonna gave him $10,000 and Luchese associate Brian Vaughan's telephone number.  Spinelli was instructed to contact Vaughan who in turn, would put Spinelli in touch  with Bobby Compton.  Spinelli knew Compton to be the Business Agent for the Laborers' Union, Local 731.  Vaughan and Compton together, would help Spinelli get a job.  Madonna also told Spinelli to "keep his head down" and stay out of trouble.

Spinelli called Vaughan as instructed, and later met him at a job site in Manhattan.  Spinelli informed Vaughan that he had previously been a member of Local 731.  Vaughan instructed Spinelli to pay his union book, and then he (Vaughan) would call Compton to have Spinelli put on a job.

Spinelli understood that Madonna had in effect, made a move to cut him (Spinelli) out of his $2,000,000 share.  While Spinelli never found out whether Barbara Amuso ever received her $1,000,000, Spinelli believed that Avellino did in fact pay this penalty money to Madonna.  This belief was based upon Spinelli having been told by Vaughan, Luchese soldier Joseph Datello, and Jimmy Maffucci [known to the F.B.I. as being a soldier in the Luchese family], that Avellino was now active again within the [Luchese] family.  While Spinelli stated that he never told Amuso that he had been "stiffed" out of his share by Madonna, at some point he did mention this situation to Vaughan. In response, Vaughan told Spinelli to leave it alone.  Spinelli knew Madonna and Vaughan's relationship to be very close.

FD-302a (Rev. 05-08-10)

**UNCLASSIFIED//FOUO**

245A-NY-2725030

Continuation of FD-302 of ____(U//FOUO) Interview of Robert Spinelli (Protect Identity) from 03/24/2015 through on or about 12/07/2017____ , On __03/24/2015__ , Page __10 of 26__

Spinelli advised that he was still bitter over having been deprived of his share of the [Avellino] money, especially after having served significant time in Federal prison for a crime committed on behalf of the Luchese family.  Additionally, Spinelli resented the fact that he was never properly recognized by being inducted into the family.  In or around the summer of 2011, he and David Adamavage traveled to Florida to try to see Avellino.  Spinelli knew that at that time, Avellino was staying at his daugher's house in Florida, and Spinelli was intent on locating him and determining whether the penalty money was ever paid to Madonna.  Additionally, he wanted to see if he could get any money out of Avellino for himself.  When Spinelli arrived at Avellino's daughter's home, Avellino was not there.  Spinelli spoke to Avellino's grand-daughter and asked her to let Avellino know that Spinelli had stopped by to see him.  Despite the fact that Spinelli never made any further attempts to locate and/or get monies from Avellino, he admitted that had Avellino been present at his daughter's home at the time, Spinelli would have utilized violence if necessary, in an attempt to collect money for himself.

Spinelli knew Avellino from their having served time together in MCC, Manhattan, and also knew that Avellino had been close with Spinelli's brother, Michael.  Spinelli told Vaughan about having traveled to Florida to collect money from Avellino, and shared this information with Maffucci.  According to Spinelli, Maffucci may have exaggerated this situation to others, by suggesting that Spinelli was intent on kidnapping Avellino for ransom.  Spinelli knew Avellino to have had a huge sanitation business on Long Island, but when Avellino went to jail, Spinelli understood that Avellino's wife sold the business and made a lot of money from the sale.

Spinelli pled guilty to this extortion on November 1, 2016.

### Phoenix Marine & Hydro, Circa 2007-2009

With Vaughan's assistance, Spinelli was initially put to work as a laborer for Local 731 on the Phoenix Marine job, in the vicinity of Pier 42.  He remained at this job site, until he was moved over to the Eastside Access job, which involved building a tunnel from the east side of Manhattan to Queens.  However, Spinelli was laid off after working as a laborer for approximately 18 months.

Shortly before he was laid off, and while working on the Eastside Access job, Spinelli began selling hydroponic marijuana.  Spinelli met

**UNCLASSIFIED//FOUO**

FD-302a (Rev. 05-08-10)

**UNCLASSIFIED//FOUO**

245A-NY-2725030

Continuation of FD-302 of  (U//FOUO) Interview of Robert Spinelli (Protect Identity) from 03/24/2015 through on or about 12/07/2017 ,On 03/24/2015 ,Page 11 of 26

Guido LNU [known to the F.B.I. as Guido Rivieccio], the Shop Steward on the Eastside Access job.  Spinelli understood Guido to be around the Bonanno family cosa nostra, and Guido soon became a major source of supply for Spinelli's marijuana distribution business.  At one point, Guido told Spinelli that he was going to be straightened out; however, Spinelli did not know whether that ever came to pass.  Spinelli began to buy two (2) to three (3) pounds of marijuana from Guido approximately every other week, which he would then sell to others. According to Spinelli, he earned approximately $1,000 to $1,500 biweekly from selling Guido's hydro.

<u>Ripping-off Guido's Hydro, Circa 2009</u>

At some point, in and around 2009, Spinelli recalled going over to Guido's house where he saw that Guido was holding approximately 15-16 pounds of Northern Lights hydro[ponic marijuana].  Spinelli knew this to be sourced from Canada.  Guido allowed Spinelli to take it all on consignment, and Spinelli stated however, that he never paid for any of it.

Soon after "beating" [failing to pay] Guido out of his money, Spinelli learned from Luchese soldier Big John Castellucci that Guido went to someone in the Bonanno family, who in turn, put in a "beef" with Madonna.  Spinelli recalled that Guido was an associate of the Bonanno family, but was not aware of who Guido went to for help, nor who's crew Guido was around.  It was apparent to Spinelli that Guido or someone on the Bonanno side repackaged the drug debt into a loansharking debt.

Spinelli stated that the calls soon started coming in. Spinelli recalled that Vaughan was the first individual who was instructed by Madonna to encourage Spinelli to pay Guido monies owed.  Spinelli refused.  Next, Big John Castellucci from Staten Island sent for Spinelli.  Spinelli went to meet Castellucci who directed him to make good on his debt to Guido.  Spinelli again refused, and told Castellucci that '"we" [cosa nostra] don't sit down over drugs.'  Later, Luchese associate Michael Meldish contacted Spinelli on behalf of Madonna.  Spinelli again reiterated to Meldish that he wasn't paying Guido - it was a rip over drugs.  Spinelli recalled that Meldish laughed, and it was Spinelli's impression that Meldish had respected him for this move.

Spinelli estimated that he would have owed Guido approximately $85,000 for the hydro he had ripped, and after it was sold, he had made approximately $100,000 profit.

**UNCLASSIFIED//FOUO**

**3513-35**

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//FOUO

245A-NY-2725030

(U//FOUO) Interview of Robert Spinelli
(Protect Identity) from 03/24/2015

Continuation of FD-302 of  through on or about 12/07/2017                    , On  03/24/2015  , Page  12 of 26


In or around 2012, Spinelli indicated that he got another call and subsequently agreed to meet with both Meldish and Maffucci over this  unresolved situation (i.e., the rip).  Spinelli recalled them laughing about it, and understood from their conversation that Meldish had told Madonna to try and collect the money from Spinelli himself.

Spinelli stated that he never assaulted anyone, nor was on the receiving end of an assault over his refusal to pay Guido monies owed.  Spinelli believed however, that the Luchese administration, and in particular Madonna, viewed him as a "loose cannon" after "beating" Guido.  Spinelli indicated that when Spinelli "went away," Madonna was not even made.

### 2009 - 2014 Oxycontin Prescription Diversion Schemes

Spinelli received a physician's prescription for a monthly supply of 180, 30mg oxycontin pills.  The oxycontin was prescribed to treat both calcium build-up on his spine, as well as lower back pain secondary to the separation of three (3) spinal disks.  While Spinelli described these conditions as being work-related injuries due to his employment as a laborer, Spinelli never filed a workman's compensation claim.

Prior to the initiation of the oxycontin data bank, Spinelli explained that he would attempt to go to two (2) or three (3) different doctors to get prescriptions for the pills.  However, once the data bank was instituted, he was only able to utilize one (1) pain medication doctor for treatment.

Spinelli advised that typically he would fill his prescription, keeping some of the pills for his own use/treatment, while selling a portion of his prescription to others. He would also arrange to purchase prescriptions outright from various other individuals for resale, and/or he would pay $500 for half their dosage.  Spinelli stated that he typically sold each individual pill for $18.00.

Spinelli's primary pain management physician was Dr. Discenza who practiced out of an office in Yonkers, New York.  Prior to this office in Yonkers, Spinelli understood Dr. Discenza to have practiced in New Jersey, where he worked until he lost his New Jersey state medical license.  Spinelli described how he would pay various individuals $300 each, to go to Dr. Discenza and obtain a prescription for oxycontin.  Spinelli would then take and fill their prescriptions, and

UNCLASSIFIED//FOUO

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//FOUO

245A-NY-2725030

(U//FOUO) Interview of Robert Spinelli
(Protect Identity) from 03/24/2015

Continuation of FD-302 of ___through on or about 12/07/2017___ , On __03/24/2015__ , Page _13 of 26_

then sell these pills for profit.  He stated that this continued until circa 2014, when Dr. Discenza was arrested for selling prescriptions for oxycontin out of his Yonkers pain management office.

Spinelli further described how he had also utilized other doctors in a similar manner, to include:  Dr. Sloan who had an office located at 39 Fulton Street in New York, as well as an office in New Jersey, and Dr. Irwin Abraham whose practice was located on 34th Street, between Park and Madison Avenues.  Additionally, Spinelli had rented out rooms in his Bricktown, New Jersey house to a John LNU, Bruno LNU, and Joseph LNU, who introduced Spinelli to their physician(s) for the purpose of obtaining oxycontin scripts as well.

Spinelli estimated that he may have profited between $10,000 to $15,000 per month selling oxycontin.  Spinelli was aware that Vaughan was also involved in this illegal activity, but indicated that Vaughan utilized different doctors.

## Brian Vaughan

As stated above, Spinelli met Vaughan shortly after being released from prison in and around 2007, and after being directed by Madonna to contact Vaughan in order to be put on a union job.  Spinelli understood from Vaughan that he (Vaughan) was very close with Madonna, and that they had served time in jail together.  Spinelli also indicated that he and Vaughan subsequently developed a close relationship as well, but in or around 2016, Vaughan and Spinelli had a falling out.  According to Spinelli, among the issues which negatively impacted their relationship was the fact that Vaughan wasn't able to get Spinelli on a [steady] construction job as was promised.  In retrospect, Spinelli also posited that one of the reasons that he was never inducted into the Luchese family was due to Vaughan's bad-mouthing him to Madonna.

### Vaughan's Weed Distribution Business

Spinelli began buying marijuana from Vaughan in and around 2007, and described this marijuana as "fancy weed."  Spinelli estimated that he  purchased from Vaughan approximately 20-50 pounds of weed per month, and then acted as a wholesaler by selling the weed in bulk to others.  Spinelli indicated that he sold the weed for $5,000 per pound, and described it as indoor grown and similar in quality to medical marijuana.  Spinelli was aware that Maffucci was also distributing weed

UNCLASSIFIED//FOUO

FD-302a (Rev. 05-08-10)

**UNCLASSIFIED//FOUO**

245A-NY-2725030

Continuation of FD-302 of  (U//FOUO) Interview of Robert Spinelli (Protect Identity) from 03/24/2015 through on or about 12/07/2017 , On 03/24/2015 , Page 14 of 26

for Vaughan on a monthly basis, and that Maffucci would earn $150 per pound of marijuana sold on Vaughan's behalf.

Within approximately six (6) months of having been introduced to Vaughan, Spinelli on several occasions, accompanied Vaughan on his distribution route in and around Manhattan.  He recalled that Vaughan's distribution route included multiple stops throughout the Village, often in the vicinity of Broome and/or Bleeker Streets.  Spinelli would remain in the vehicle while Vaughan alone would meet with his clientele.  Vaughan would typically sell three (3) to four (4) pounds of weed to his customers on a monthly basis, and Spinelli did not receive a cut of Vaughan's profits.

Vaughan continued this regular distribution business until he was injured on a construction site which was located in the vicinity of  53rd Street in Manhattan.  Spinelli recalled that Vaughan was injured on the first day of the job, and that the construction project was to be a hotel, the name of which he could not remember. [This hotel project was known to the F.B.I. as being the Baccarat Hotel].  Spinelli understood that Vaughan became involved in a disability law suit, and as a result, Vaughan began to back off dealing in weed.  Spinelli approximated that Vaughan discontinued his regular distribution route in and around 2013.

Vaughan told Spinelli that he had connections for weed in California, and that his California sources would ship the weed to him via UPS or Federal Express.  Through Vaughan, Spinelli was introduced to an individual by the name of Joe Guinta, and Spinelli had the opportunity to subsequently meet with Guinta on several occasions.  Spinelli understood that Guinta had a New Jersey trucking company that subcontracted with Ashley Furniture.  In fact, Spinelli had purchased his own living room set from Ashley at 50% off, with Guinta's trucks delivering the furniture to Spinelli's residence.  Spinelli knew from conversations with Vaughan that Guinta had an outstanding $20,000 shylock loan with Vaughan.  Spinelli further understood that Vaughan took advantage of this, and had Guinta receive at his warehouse the weed shipped to Vaughan from California.  Spinelli however, could not recall the name of the individual in California who shipped Vaughan the weed. [This individual was known to the F.B.I. as Perry Trucco]. Additionally, Spinelli understood that for his end, Guinta would receive $250 per shipment.

Spinelli also recalled having seen packages, which he described as being like yellow or manilla envelopes, stored in a refrigerator in

**UNCLASSIFIED//FOUO**

FD-302a (Rev. 05-08-10)

**UNCLASSIFIED//FOUO**

245A-NY-2725030

(U//FOUO) Interview of Robert Spinelli
(Protect Identity) from 03/24/2015

Continuation of FD-302 of through on or about 12/07/2017 ,On 03/24/2015 ,Page 15 of 26

Vaughan's garage.  Spinelli was aware that these packages contained weed sourced from California, and were cryo-vac sealed to minimize the odor.  While Spinelli was aware as stated above, that some of the California weed was shipped to Guinta's warehouse, he also knew the supply to be sent via regular mail as well.

Spinelli further advised that Vaughan sold weed to an individual who lived in Belmar, New Jersey, but did not know this individual's name. According to Vaughan, this guy lived approximately 10-blocks from Spinelli's residence.  Spinelli was not aware of the weight that Vaughan sold to this particular customer.

Between approximately 2007-2009, Spinelli stated that he also sold pot to Vaughan. In fact, Spinelli indicated that when he ripped the hydroponic marijuana [15-16 pounds] off of Guido, Vaughan had purchased the entire load.  Additionally, Vaughan disclosed that he had also moved weed with Jo-Jo Truncale [known to the F.B.I. as a soldier in the Luchese family].

### Vaughan's Cocaine Business

Spinelli knew from conversations with Vaughan that Vaughan was also involved in cocaine trafficking.  Spinelli was aware that Vaughan would travel up to Boston to purchase coke.  Vaughan explained to Spinelli that he would bring his car to an Audi dealership for service, so that he would be provided a loaner vehicle which he would than use to commute to Boston.  Additionally, Spinelli understood that Guinta would often accompany Vaughan on these trips to Boston.

### Vaughan's Pill Business

Spinelli stated that at some point, prior to his cooperation with the F.B.I., he began to purchase [oxycontin] pills from Vaughan.  Spinelli understood that Vaughan was prescribed the pain medication as a result of the injury he incurred while working construction.  At times, Spinelli indicated that he would purchase Vaughan's entire prescription.  Spinelli estimated that over time, he had purchased approximately 500 oxycontin pills, 30mg dosage, from Vaughan.

Spinelli advised that when he initially began cooperating with the F.B.I., in and around 2012, he was still involved with [illegally] purchasing pills from Vaughan and/or a physician. [At this time, this was not done at the direction of the F.B.I.]  In turn, Spinelli would sell the pills to others, or keep and use some of the pills for himself.  Spinelli indicated

**UNCLASSIFIED//FOUO**

FD-302a (Rev. 05-08-10)

**UNCLASSIFIED//FOUO**

245A-NY-2725030

(U//FOUO) Interview of Robert Spinelli
(Protect Identity) from 03/24/2015
Continuation of FD-302 of through on or about 12/07/2017 _____ , On 03/24/2015 , Page 16 of 26

that he stopped trafficking the pills in and around 2014, when Dr. Ronald Discenza was arrested in Yonkers, New York.

### Vaughan and Jo-Jo Truncale's Shylock Business

Spinelli was aware from conversations with Vaughan that Vaughan and Truncale were involved in a shylock business together. Spinelli also knew from speaking with Maffucci, that Vaughan met with Kevin Kelly [known to the F.B.I. as a member of the Westies Irish Gang], and had Kelly buy out Guinta's $20,000 shylock loan. As a result of this buy-out, Guinta now owed the debt to Kelly.

### Atlantic City

Spinelli indicated that on occasion, he would introduce women to Vaughan who Vaughan would take with him to Atlantic City. Spinelli indicated that he understood that all of these women were over 18 years old, and that Vaughan would party and get high with them. While Spinelli stated that he was not paid for these introductions, he believed that some of these women might have received money from Vaughan.

### Coffee Boy Extortion

Spinelli knew from Vaughan, as well as through conversations with others, that Vaughan was considered the "Head Coffee Boy." Spinelli understood Truncale to be involved with coffee boy monies and kickbacks as well.

Spinelli explained that the "coffee boy" position is typically held by an associate of cosa nostra. It is a union job, and is usually appointed by someone who holds a position in the administration of a particular union. The coffee boy receives an hourly wage, as well as makes a profit from the food sold to the workers. According to Spinelli, the cosa nostra family that controls a particular union, would typically select an individual that they can trust and control, in order to ensure that they (cosa nostra) receive approximately 30% of the profit earned from the food sold. Spinelli described this as a pay-to-play job, and indicated that the Luchese family controlled the coffee boy operation for Local 731, Laborers' Union.

Spinelli described the coffee boy as the individual who provides food and/or drink for workers at a particular construction site. The idea is that prior to a break, the coffee boy will query the workers as to what

**UNCLASSIFIED//FOUO**

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//FOUO

245A-NY-2725030

(U//FOUO) Interview of Robert Spinelli
(Protect Identity) from 03/24/2015
Continuation of FD-302 of  through on or about 12/07/2017 _____ , On  03/24/2015 , Page  17 of 26

they want to eat and drink during their break time, so that no one has to leave the job site and work is conducted in a time efficient manner.  After taking the orders, the coffee boy typically leaves the site to purchase the requisite food/drink needed to fulfill orders. The food and beverages are then maintained in coolers and later distributed by the coffee boy during break(s), from the top floor down.

Spinelli advised that at every construction site each coffee boy kicks up 30% of the profit from the food to cosa nostra.  Spinelli knew this from speaking with the coffee boy(s) at various job sites.  In general, Spinelli described that coffee boy(s) would typically provide this money to either a skipper, designated soldier, or trusted associate of cosa nostra.  These individuals would travel around to the various construction sites to collect monies from the coffee boys on behalf of the cosa nostra family.  Additionally, Spinelli knew from conversations with both Vaughan and Maffucci, that they often times traveled around to the various job sites to collect coffee boy monies on behalf of the Luchese family, and then would deliver the cash to Madonna.

### Michael Meldish

Spinelli's first introduction to Michael Meldish was circa 2009, when Meldish at Madonna's behest, called to meet with Spinelli to try to recoup Guido's [weed] money.  Spinelli knew Meldish to be a mason, and was very cognizant of Meldish's reputation on the street as a "serious guy" who got things done for the Luchese family.  He also understood from conversations with Maffucci, that Meldish was close with both Maffucci and Madonna, and that Madonna and Meldish were partners in a loansharking business together.

Spinelli further understood that Madonna had given Meldish $100,000 to put on the street, and that Meldish had used some of this money for himself.  Spinelli was also under the impression from conversations with others, that Meldish actually spent more of Madonna's money than he loaned out.

Spinelli was aware that Meldish had both a serious oxycontin and cocaine habit. At one point, Spinelli brought Meldish to a pain doctor, located on Central Avenue in Westchester County, who provided Meldish with a prescription for oxycontin.  Spinelli also knew Meldish to have a

UNCLASSIFIED//FOUO

FD-302a (Rev. 05-08-10)

**UNCLASSIFIED//FOUO**

245A-NY-2725030

(U//FOUO) Interview of Robert Spinelli
(Protect Identity) from 03/24/2015
Continuation of FD-302 of  through on or about 12/07/2017 _____ , On  03/24/2015 , Page  18 of 26

brother by the name of Joe Meldish, and a son, Michael Meldish, Jr. Michael Jr., was a concrete worker and likewise, was going to a pain doctor for oxycontin treatment.

Spinelli knew Meldish to have a small apartment located on 112th Street in Manhattan, and recalled having been there on one (1) occasion. He was aware that Meldish had two (2) guys living with him - a short, black guy, whose last name was Caldwell, and a white guy whose name Spinelli could not remember. Spinelli recalled having met Caldwell on one (1) occasion, following a dinner with Maffucci and Meldish. After their dinner, at a restaurant the name of which Spinelli could not recall, Spinelli, Maffucci and Meldish proceeded to a bar in the vicinity of 2nd Avenue and 111th or 112th Streets. It was at this bar that Meldish introduced Spinelli to Caldwell as "T." Spinelli was also introduced to a second guy, but again he could not recall this individual's name. Spinelli did not know what Caldwell did for a living, and only after reading about Meldish's murder, did Spinelli come to learn that "T" stood for Terrence.

Spinelli understood from conversations with others that Meldish was killed in part, because he took the $100,000 loan from Madonna to put on the Street, and failed to collect the money and/or repay Madonna.

Spinelli had conversations [see numerous consensual recordings] with Carmine Garcia, Vaughan, Maffucci, and Joseph Datello about the Meldish murder [November 15, 2013] and circumstances surrounding it. Spinelli knew Garcia to be an associate of the Bonanno family. Spinelli understood from discussions with Garcia that Chris Londonio was a soldier in Steven Crea Jr.'s crew. While Spinelli never personally met Crea Jr., he was aware that Crea Jr., had a reputation of being an "earner." Spinelli understood from both Garcia and Maffucci, that Londonio had solicited Caldwell to kill Meldish, and that this was done on the orders of Madonna. Spinelli knew from his experience with the Chiodo and Capozallo shootings, that according to LCN rules, this order would have been passed down from Madonna to Crea Jr., to Londonio. Spinelli subsequently learned from Maffucci that Londonio had been made approximately one (1) week after the murder took place. Garcia further informed Spinelli that Londonio was also involved in committing home invasions with another individual associated with organized crime, whose name Spinelli could not recall.

**Steven Crea, Sr.**

**UNCLASSIFIED//FOUO**

**3513-35**

FD-302a (Rev. 05-08-10)

245A-NY-2725030

(U//FOUO) Interview of Robert Spinelli
(Protect Identity) from 03/24/2015

Continuation of FD-302 of through on or about 12/07/2017 _____ , On 03/24/2015 , Page 19 of 26

Spinelli understood that Crea Sr., was the underboss of the Luchese family, and according to Datello, Crea, Sr., was a big player in the construction industry.

### Joseph Datello

Spinelli was introduced to Datello through Maffucci. Spinelli knew Datello to be a soldier in the Luchese family, and was aware through numerous conversations with both Datello and Maffucci, that Datello owed Crea, Sr., a significant amount of money.  Spinelli was also aware that Crea, Sr., was exerting significant pressure on Datello to repay this debt on a monthly basis, and that Datello was struggling to make these monthly payments.  Additionally, Spinelli knew Datello to be involved in selling weed and cocaine, as well as was involved in the construction industry.

### Joseph Caridi

Spinelli believed Caridi to be the consigliere of the Luchese family, however, Spinelli had never met him.

### Tindaro Corso

Spinelli knew from conversations with Garcia that Corso is a captain in the Luchese family, and that Garcia and Corso were partners in both narcotics trafficking and distribution, as well as loansharking.

### Joseph Dinapoli

Spinelli never met Dinapoli.

### New Jersey Arrests Circa 2011

In or around March 2011, Spinelli was arrested by both the Ocean County Sheriffs Office and the Brick Township Police Department [same conduct] and charged with making terroristic threats, possession of a controlled substance (more than 50 grams of marijuana), and manufacturing /distribution, or intent to manufacture/distribute, a controlled substance.  Spinelli recalled that the amount of marijuana in his possession at the time was approximately one (1) to two (2) pounds.

Spinelli explained that the charge of making terroristic threats stemmed from the fact that he and his ex-wife were separated, and Spinelli

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//FOUO

245A-NY-2725030

(U//FOUO) Interview of Robert Spinelli
(Protect Identity) from 03/24/2015

Continuation of FD-302 of through on or about 12/07/2017 _____ , On  03/24/2015  , Page  20 of 26

had learned that unbeknownst to him, she had electronically transferred approximately $5,000 out of his bank account. In response, Spinelli had telephonically threatened his ex-wife and ex-mother-in-law with harm.  The charge of making terroristic threats was ultimately dismissed.  However, an order of protection was issued against Spinelli, naming his ex-wife as the protected person.  Spinelli ultimately pled guilty to the charge of manufacturing/distribution, or intent to manufacture/distribute, a controlled substance.

In or around April 2011, while bonded out on the aforementioned charges, Spinelli was again arrested and charged with a litany of crimes to include, but not limited to:  Aggravated assault with attempt to cause bodily harm; aggravated assault on law enforcement; resisting arrest; use and possession with intent to use drugs (cocaine); and unlawful possession of a weapon - other.  Spinelli explained that at the time of the arrest he was a passenger in a car and was recognized by a member of the Veterans Affairs Police Department.  Due to an open warrant for Spinelli's failure to pay a speeding ticket, the vehicle was pulled over.  As Spinelli was being pulled out of the vehicle, he began to physically resist, fighting with the officer, who ultimately suffered two (2) broken knuckles.  Spinelli pled guilty to the charges associated with the aggravated assault of the police officer, while all other charges were dismissed.

Spinelli admitted to having used cocaine prior to his arrest on the aggravated assault charges.  He indicated that at that time he was using approximately one (1) to two (2) grams of cocaine per week, both in powder form, as well as crack.

In or around July 2011, Spinelli was again arrested by the Brick Township Police Department, and charged with among other offenses, terroristic threats.  Spinelli indicated that following his release on bail stemming from the April 2011 charges (assault), he had returned home to find that his new kitchen furniture, appliances, and jewelry had been taken by his ex-wife who was staying with her mother in Mattahawkin, New Jersey.  Spinelli telephonically contacted his ex-wife and left a voicemail message threatening to beat-up his wife and then beat-up his mother-in-law.  Spinelli filed a complaint with the Bricktown Police Department, but was unable to recover any of his missing items.  These charges were ultimately dropped.

UNCLASSIFIED//FOUO

**3513-35**

FD-302a (Rev. 05-08-10)

**UNCLASSIFIED//FOUO**

245A-NY-2725030

(U//FOUO) Interview of Robert Spinelli
(Protect Identity) from 03/24/2015

Continuation of FD-302 of  through on or about 12/07/2017                          , On  03/24/2015  , Page  21 of 26

Spinelli, who had sought legal assistance for the aforementioned problems associated with various New Jersey charges, also reached out to Inspector Bruce Mouw, of the Inspector General's Office for Laborers.  Spinelli explained that he had contacted Mouw in an attempt to obtain some assistance with reducing his pending sentence.  After speaking with Spinelli, Mouw believed Spinelli might be willing to become a source for the FBI, and at sometime thereafter, put Spinelli in contact with agents from the New York Office.  In or around August of 2012, Spinelli began cooperating with the FBI New York Office.

The aforementioned New Jersey charges were all consolidated, and on or about April 26, 2013, Spinelli received an aggregate sentence of 180 days confinement, three (3) years probation, and a fine in the amount of $1,825.

Spinelli advised that with respect to his New Jersey criminal cases, the Luchese family of cosa nostra did not pay for his legal fees, nor did they post bond.  Following his release from the New Jersey County jail, Spinelli reached out to Luchese associate Brian Vaughan who indicated that he had read about Spinelli's legal difficulties in the local newspapers.

**Spinelli voluntarily provided the following information at his own behest, which otherwise was unknown to the Government:**

<u>Substance Abuse and Prescription Drug Use</u>

Currently, Spinelli is prescribed Wellbutrin for depression, Lipitor for high cholesterol, Oxycontin 30mg, to be taken four times daily to treat calcification of his spine and neck, and a medication which he could not recall to treat a heart condition.  Spinelli has also utilized Suboxone in the past.

Spinelli did admit however, that at some point while cooperating with the F.B.I., he did engage in selling up to half of his oxycontin prescription for cash.  He was confronted by case agents, and subsequently discontinued the sale of any portion of his oxycontin prescription.

Spinelli acknowledged having tried cocaine in the past, but stated that he didn't like it.  However, in or around 1989, Spinelli used crack cocaine and as a result, attended Clearbrook Rehabilitation Center in Pennsylvania.  In or around 2011, Spinelli relapsed and for approximately an eight (8) month period he began using crack on a daily basis.  Spinelli attributed the relapse to be due in part, to marital stressors he was

**UNCLASSIFIED//FOUO**

**21 of 26**

FD-302a (Rev. 05-08-10)

**UNCLASSIFIED//FOUO**

245A-NY-2725030

(U//FOUO) Interview of Robert Spinelli
(Protect Identity) from 03/24/2015
Continuation of FD-302 of through on or about 12/07/2017 _____ , On  03/24/2015 , Page  22 of 26

experiencing with his ex-wife.  He estimated that at this time he was
using 1/4 ounce of crack per day, and spent approximately $50,000 to
maintain this habit.  As a result of a family intervention, Spinelli was
able to become clean.

Spinelli indicated that prior to incarceration, he smoked marijuana on
a regular basis.  He also continued to smoke it when he was released from
prison, albeit on an occasional basis.  At present, he does not smoke or
ingest marijuana.

## Outstanding Medical Fees

Circa July 2015, Spinelli experienced a medical issue involving his
heart.  As a result of his medical treatment, he found himself in arrears,
owing the hospital approximately $15,000.  Additionally, his unpaid bills
were subsequently sent to collection.  Spinelli explained that in an
attempt to eliminate this debt, he applied for and completed the paperwork
to receive "Charity Care."  Spinelli reported having no income on the
application.

Spinelli was admonished and instructed that going forward he must
disclose his monthly income of $4,500 [provided to him by the F.B.I. for
services].

## False Insurance Claim Circa 2016

During a proffer session on December 21, 2016, Spinelli admitted that
circa May/June 2016, he was thinking about ways to go into the Witness
Security Program with as much cash as possible.  As such, he began to
consider filing a false insurance claim as his State Farm Renters
insurance policy covered up to $100,000 for theft.  The policy was
underwritten by the Neptune, New Jersey State Farm Office, and his policy
carried a separate floater for jewelry.

As part of his plan, Spinelli indicated that he wanted his jewelry to
be appraised as close to the $100,000 policy limit as possible.  As such,
he had some of his jewelry appraised at a store in Manhattan, and other
pieces he had "over-appraised" by Haraj [known to the FBI as Grayr
Ordukhanyan], also known as Garcia's nephew.  Haraj worked at Kennedy's
Kreations, a jewelry store located on Route 4W in Paramus, New Jersey.

Spinelli stated that with respect to his plan, he had conversations
with Haraj where he discussed wanting to have his jewelry over-appraised

**UNCLASSIFIED//FOUO**

FD-302a (Rev. 05-08-10)

245A-NY-2725030

(U//FOUO) Interview of Robert Spinelli
(Protect Identity) from 03/24/2015

Continuation of FD-302 of through on or about 12/07/2017 _____ , On 03/24/2015 , Page 23 of 26

for the purpose of filing a false insurance claim.  Spinelli indicated for example, that previously he had purchased a Breitling watch from Haraj for a total of $18,000.  $12,000 of the purchase was made in cash, and the remaining $6,000 was paid through a trade-in value of a Rolex watch.  Haraj subsequently [over]appraised the Breitling at $36,000.  Spinelli also had Haraj over-appraise a Concord watch.  He told Haraj that he wanted the value of the Concord watch appraised high, in the event that he needed to sell it for cash at some point in the future.

Spinelli confided to Haraj his plan to take his family to Hershey Park in late August 2016, and upon his return home to file a fraudulent insurance claim through State Farm.  Spinelli planned to falsely report that while away on vacation, his home had been burglarized.  Spinelli disclosed his plan to Haraj in the event that State Farm contacted Haraj concerning the [over]appraisals.  To ensure Haraj's complicity, Spinelli gave Haraj back the Breitling watch he had previously purchased for $18,000 [through cash and trade-in value].

Prior to leaving for Hershey Park in or around late August 2016, Spinelli faked the break-in.  He destroyed his front door and ransacked his home.  Upon returning home on or about August 29, 2016, Spinelli observed his front door ajar and proceeded to call 9-1-1 to report a burglary.  Spinelli proceeded to initially file his [false] claim with State Farm over the telephone, and then subsequently faxed some documents to an office located somewhere in Texas.  Approximately two (2) to three (3) weeks later, Spinelli met with a State Farm investigator from their Neptune Office.  Spinelli stated that the total loss he claimed was approximately $81,000, and that this loss was the consequence of a home burglary.  According to Spinelli, Haraj backed up his story.

In or around November 2016, Spinelli received a letter from State Farm, requesting his presence at a meeting to take place at State Farm's Attorney's office.  Spinelli never attended this meeting.

In or around December 2016, Spinelli proceeded to sell to a pawn shop, located in Manhattan, some of the items that he had previously listed on the insurance claim as having been stolen.  Spinelli dealt with an individual at the pawn shop named Joe LNU, and asked if Joe would be willing to buy items that were stolen.  At the end of the day, Spinelli made approximately $8,000 from the selling of items he had previously reported to State Farm as having been stolen.

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//FOUO

245A-NY-2725030

(U//FOUO) Interview of Robert Spinelli
(Protect Identity) from 03/24/2015
Continuation of FD-302 of through on or about 12/07/2017 , On 03/24/2015 , Page 24 of 26

Spinelli indicated that he did not believe Garcia was ever aware of the false insurance claim that Spinelli had submitted, nor Haraj's agreeing to over-appraise the jewelry and back up Spinelli's story.

During the December 21, 2016 proffer session, Spinelli was directed to withdraw his false insurance claim, and to repay State Farm monies already disbursed in the amount of $843.00. This money had been paid out to Spinelli for replacement of his home locks and repair of his front door.

While he could not recall the specific date, Spinelli advised that shortly after he was directed by law enforcement (during the 12/21/2016 proffer), he called State Farm's 1-800 number and withdrew the claim associated with his staged robbery. It should be noted that during an earlier proffer on November 7, 2016, Spinelli had reported that his home had recently been burglarized, and that he had filed a police report and insurance claim accurately noting those items stolen ($3,000 cash and jewelry). Spinelli also indicated at that time, that his insurance company was currently disputing the claim.

### Motor Vehicle Accident/False Statement on Bank Loan

In or around October 2016, Spinelli reported that his wife had gotten into a motor vehicle accident, and after the car was repaired by a local body shop, Spinelli proceeded to a dealership to trade-in the vehicle. Spinelli indicated that when asked by a salesman about any previous accidents or damages that the car may have sustained, Spinelli failed to report the recent accident. However, the Manager subsequently determined that the vehicle had in fact been involved in a recent accident, which Spinelli ultimately acknowledged.

Additionally, Spinelli admitted that after trading in the aforementioned vehicle, he financed a new 2016 Buick through Ally Bank, taking out a $10,000 loan with monthly car payments in the amount of approximately $290.00. To secure this loan, Spinelli had listed on the application that his income was $100,000 per year. At that time however, Spinelli's only income was the monies provided him by the Government as part of his cooperation. The loan, taxes, and tags brought the total cost of the vehicle to approximately $14,000. While in or around 2015, Spinelli had been employed as a construction worker, he had subsequently been layed off, and his current sole income was the money provided him by the F.B.I.

### Credit Cards

UNCLASSIFIED//FOUO

**3513-35**

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//FOUO

245A-NY-2725030

Continuation of FD-302 of (U//FOUO) Interview of Robert Spinelli (Protect Identity) from 03/24/2015 through on or about 12/07/2017 , On 03/24/2015 , Page 25 of 26

Spinelli stated that he has made false statements on credit card applications, to include Home Depot and Kohls credit cards, as well as on auto loan applications, by overstating his income.

Spinelli advised that as of November 2016, he had three (3) credit cards all of which were delinquent in payment and currently in collection.

### Cigarette Money

Spinelli disclosed that on approximately two (2) separate occasions, without agents knowledge nor approval, he added an additional $5.00 onto the price of a carton of Marlboro cigarettes, for a profit of $300 per case [60 cartons per case]. Spinelli was selling cigarettes, at the direction of the FBI, as part of the undercover investigation.

This occurred over a total of 40 cases (or two (2) loads of 20 cases), resulting in a $12,000 profit for Spinelli and a total loss of $12,000 to the Government.

On or about April 21, 2017, Spinelli pled guilty to a superseding information for the following charges:  Count One, Racketeering Conspiracy (1985 - 2012); Count Two, Conspiracy to Collect Extensions of Credit by Extortionate Means; Count Three, Conspiracy to Distribute Narcotics (2007 - 2014); Count Four, Wire Fraud (August 2016); Count Five, False Statement; and Count Six, Theft of Public Funds.

UNCLASSIFIED//FOUO

FD-302a (Rev. 05-08-10)

**UNCLASSIFIED//FOUO**

245A-NY-2725030

(U//FOUO) Interview of Robert Spinelli
(Protect Identity) from 03/24/2015

Continuation of FD-302 of through on or about 12/07/2017                     , On  03/24/2015  , Page  26 of 26

**UNCLASSIFIED//FOUO**