

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

May 4, 2023

**BY ELECTRONIC MAIL**
**TO COUNSEL FOR THE**
**FOLLOWING DEFENDANTS**

Matthew Madonna
Steven Crea, Sr.
Christopher Londonio
Terrance Caldwell

**Re:**    ***United States v. Matthew Madonna, et al.*, S18 17 Cr. 89 (CS)**

Dear Counsel:

Enclosed please find copies of handwritten notes from trial preparation meetings with Jonathan Bash, Oumarou Ouedraogo, and Robert Spinelli that were in the Government's possession but do not appear to have been produced in advance of trial.  We write to explain how we discovered these notes, and to inform you that these notes appear duplicative, in all material respects, of prior disclosures made by the Government and testimony included in the trial record.

In preparing to send the Government's trial records to an off-site storage facility, a paralegal for the Government reviewed boxes of trial records and found certain folders containing what appeared to be witness notes, among other materials.  The paralegal checked the Government's prior disclosures and found that, while the majority of the notes had been scanned and produced, a handful of notes had not.

The Government has reviewed the notes, which appear duplicative, in all material respects, of prior disclosures made by the Government and testimony included in the trial record.  Below we have provided a list of the attached notes, as well as a non-exhaustive list of prior disclosures and trial testimony that reflect the overlap in information:

- **Bash 9.30.2019**: 3501-03, -04, -07, -10, -11, -12; Trial Tr. (direct) 2489, 2491, 2497-98, 2502-03; Trial Tr. (cross) 2522, 2528, 2535, 2538, 2541-42;

- **Ouedraogo 9.12.2019**: 3559-01, -04, -08; Trial Tr. (direct) 2573-78;

- **Spinelli 8.01.2019, 9.26.2019, 10.17.2019[1]**: 3513-04, -05, -30, -31, -34, -35, -38, -44, -48, -62, -64, -80, -85; Trial Tr. (direct) 1727-28, 1798-1802, 1805, 1809,

---

[1] The October 17, 2019 Spinelli notes are from a meeting with Spinelli on the morning of October 17, before Spinelli continued with his direct examination.  While these notes were not included in

1810-11, 1813, 1815, 1828, 1830-32, 1848-53, 1855-56, 1882-83; Trial Tr. (cross) 1916-17, 1951, 1954, 1957-58, 2046.

We are available to discuss if you have any further questions.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: /s/_____
    Alexandra N. Rothman
    Hagan Scotten
    Celia V. Cohen
    Assistant United States Attorneys
    (212) 637-2580

Encls.

---

a stamped production to the defense, the best recollection of the AUSA who conducted the meeting is that, consistent with that AUSA's practice, she would have made a photocopy of the notes and handed them to defense counsel on the morning of trial.